| | |
|---|---|
| 1 | DAWN SESTITO (S.B. #214011) |
| | dsestito@omm.com |
| 2 | JUSTINE M. DANIELS (S.B. #241180) |
| | jdaniels@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street, 18th Floor |
| 4 | Los Angeles, California 90071-2899 |
| | Telephone:   +1 213 430 6000 |
| 5 | Facsimile:   +1 213 430 6407 |
| 6 | DAVID H. MCCRAY (S.B. #169113) |
| | dmccray@bdlaw.com |
| 7 | BEVERIDGE & DIAMOND PC |
| | 456 Montgomery Street, Suite 1800 |
| 8 | San Francisco, California 94104-1251 |
| | Telephone:   +1 415 262 4000 |
| 9 | Facsimile:   +1 415 262 4040 |
| 10 | Attorneys for Petitioner and Plaintiff |
| | Exxon Mobil Corporation |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION, | Case No. 2:22-cv-03225-DMG−MRW |
| Petitioner and Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| SANTA BARBARA COUNTY BOARD OF SUPERVISORS, | |
| Respondent and Defendant. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| EXXON MOBIL CORPORATION | CIVIL ACTION NO.: 2:22−CV−03225−DMG−MRW |
|---|---|

*Plaintiff*

vs

SANTA BARBARA COUNTY BOARD OF SUPERVISORS

*Defendant*

## AFFIDAVIT OF SERVICE

State of California  }
County of Santa Barbara }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California,

That on **06/03/2022** at **11:48 AM** at **105 E. Anapamu Street, Suite 407, Santa Barbara, CA 93101**

deponent served a(n) **Summons in a Civil Action, Verified Petition For Writ Of Mandate And Complaint For Declaratory Relief And Damages - Demand For Jury Trial, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Initial Standing Order, Civil Cover Sheet, Petitioner And Plaintiff Exxon Mobil Corporation's Corporate Disclosure Statement And Notice Of Interested Parties Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1, Notice Of Assignment To United States Judges, Notice To Parties Of Court−Directed ADR Program, Notice Of Appearance Or Withdrawal Of Counsel,**

on **Santa Barbara County Board of Supervisors** ,

by delivering thereat a true copy of each to **Natasha Carbajal, Deputy Clerk of the Board** personally,

deponent knew said government agency so served to be the government agency  described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin :  Hispanic
Hair : Dark
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other :

---------------------------------------------
William Gardiner
Santa Barbara County
Reg # 248