RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondent and Defendant,
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY<br>BOARD OF SUPERVISORS,<br><br>Respondent and Defendant. | Case No: 2:22-cv-03225 DMG (MRWx)<br><br>**ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES**<br><br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

Respondent and Defendant Santa Barbara County Board of Supervisors (the "Board") responds to Petitioner and Plaintiff Exxon Mobil Corporation's ("ExxonMobil") Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages ("Petition"), as follows:

## INTRODUCTION

1.     In response to the allegations of paragraph 1, the Board admits that this case involves the denial of a permit application and that the requested project would permit trucking on an interim basis for ExxonMobil's Santa Ynez Unit

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1.

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

("SYU"). Except as so admitted, paragraph 1 contains legal assertions, arguments, or conclusions that are not material allegations, and to which no response is required. To the extent these legal assertions, arguments, or conclusions may be interpreted to assert material allegations, the Board denies the allegations.

2.      In response to the allegations of paragraph 2, the Board admits that the SYU consists of three offshore platforms—Hondo, Heritage, and Harmony (the "Platforms") located on submerged land leased from the United States in federal waters off the Santa Barbara County coast—and an onshore processing center ("LFC") located in Las Flores Canyon near Goleta. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

3.      In response to the allegations of paragraph 3, the Board admits that ExxonMobil built LFC and started transporting SYU oil to refineries via pipeline. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

4.      In response to the allegations of paragraph 4, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

5.      In response to the allegations of paragraph 5, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

6.      In response to the allegations of paragraph 6, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

7.      In response to the allegations of paragraph 7, the Board admits that on May 19, 2015, one of the two pipelines used to transport SYU crude oil ruptured and Plains All American Pipeline, LLC ("Plains"), the owner and operator of the pipelines, shut down both pipelines. The Board admits that Plains' two pipelines were ExxonMobil's only transportation option to transport SYU oil and that about a month after the pipeline rupture, ExxonMobil suspended SYU operations and initiated preservation efforts. Based on information and belief, the Board admits that after the pipeline rupture, ExxonMobil trucked its remaining inventory—approximately 400,000 barrels of oil in 2,500 truckloads—to the Phillips 66 Santa Maria Pump Station ("SMPS") in Santa Barbara County. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

8.      In response to the allegations of paragraph 8, the Board admits that on September 22, 2017, ExxonMobil submitted a permit application to the County of Santa Barbara (the "County") for the Interim Trucking for Santa Ynez Unit Phased Restart Project, Case No. 17RVP-00000-00081, seeking approval of a revision of Development Plan No. 87-DP-32cz (the "Development Plan") to allow ExxonMobil to transport crude oil via truck first to SMPS until it closes, and then to the Plains Pentland Terminal ("Pentland") in Kern County, for up to seven years or until a pipeline becomes available, whichever is shorter (the "Project"), and during this time, SYU would produce and process crude oil at around 39% of its baseline capacity, returning to full capacity when a pipeline becomes available. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

9.      In response to the allegations of paragraph 9, the Board admits that several hearings were held, giving the public and interested groups multiple

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

3.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

opportunities to comment on the Project. The Board admits that pursuant to the California Environmental Quality Act ("CEQA"), the County's staff prepared a Revised Final Supplemental Environmental Impact Report dated August 2021 ("Final SEIR"). Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

10.     In response to the allegations of paragraph 10, the Board admits that on September 8, 2021, the County's P&D staff issued a report (the "Staff Report"). Except as so admitted, the remaining allegations of paragraph 10 purport to paraphrase or characterize the contents of the Staff Report. To the extent that these remaining allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

11.     In response to the allegations of paragraph 11, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

12.     In response to the allegations of paragraph 12, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

13.     In response to the allegations of paragraph 13, the Board denies that the Staff Report recommended that the County's Planning Commission (the "Commission") conditionally approve the Project at its September 29, 2021 hearing. The Board admits that the Commission did not recommend that the Board approve the Project. Except as so denied, the remaining allegations of

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

4.

paragraph 13 purport to paraphrase or characterize the contents of the Staff Report. To the extent that these remaining allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

14.     In response to the allegations of paragraph 14, the Board admits that on September 29, 2021, the Commission voted, three to two, to direct P&D Staff to prepare findings for denial of the Project. The Board admits that the Commission voted, three to two, to not recommend that the Board conditionally approve the Project. Except as so admitted, the remaining allegations of paragraph 14 purport to paraphrase or characterize the Commission's documented action, contents of the Staff Report and the Final SEIR, and related documents, and contain conclusions of law and argument which do not require an answer. To the extent these allegations may be deemed to require an answer, the Commission's documented action, the Staff Report, Final SEIR, and related documents speak for themselves and the Board denies the allegations to the extent that they are inconsistent with those documents. To the extent that any remaining allegations may be deemed to require an answer, the Board denies the allegations.

15.     In response to the allegations of paragraph 15, the Board admits that on March 8, 2022, it voted, three to two, to deny the Project, as recommended by the Commission. Except as so admitted, the Board denies the allegations.

16.     In response to the allegations of paragraph 16, the Board denies the allegations.

17.     In response to the allegations of paragraph 17, the Board denies the allegations.

18.     In response to the allegations of paragraph 18, said paragraph contains statements that are legal assertions, arguments, or conclusions and not material allegations and therefore no response is required.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

5.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

**JURISDICTION AND VENUE**

19.     In response to the allegations of paragraph 19, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

20.     In response to the allegations of paragraph 20, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

21.     In response to the allegations of paragraph 21, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

22.     In response to the allegations of paragraph 22, the Board admits that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because the Board resides in this judicial district and a substantial part of the alleged events or omissions giving rise to ExxonMobil's action occurred in this judicial district.

**PARTIES**

23.     In response to the allegations of paragraph 23, the Board admits that SYU consists of LFC, located in Las Flores Canyon, and the Platforms. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

24.     In response to the allegations of paragraph 24, the Board admits the allegations.

**GENERAL ALLEGATIONS**

25.     In response to the allegations of paragraph 25, the Board admits that Attachment A to the Staff Report, Findings for Approval, at page A-10 (cited in footnote 3), states that from 2016 to 2020, ExxonMobil's property tax payments associated with LFC and the Pacific Offshore Pipeline Company facility were

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

6.

between $1 million and $1.7 million per year. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

26.     In response to the allegations of paragraph 26, the Board admits that in September 2017, ExxonMobil submitted to the County an application seeking approval of the Project. The Board admits that as part of the Project, ExxonMobil sought to install and operate a new tanker truck loading rack and attendant equipment at the LFC facility. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

27.     In response to the allegations of paragraph 27, based on information and belief, the Board admits the allegations in the first and second sentences. In response to the allegations contained in the third sentence, the Board admits that when a pipeline becomes available, ExxonMobil may return to full production of SYU without any additional authorizations required from the Board. Except as so admitted, the third sentence of paragraph 27 contains legal assertions, arguments, or conclusions that are not material allegations, and to which no response is required. To the extent these legal assertions, arguments, or conclusions may be interpreted to assert material allegations, the Board denies the allegations. Except as so admitted and denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

28.     In response to the allegations of paragraph 28, the Board admits the allegations.

29.     In response to the allegations of paragraph 29, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

7.

the Final SEIR. To the extent these allegations may be deemed to require an answer, the Final SEIR speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

30.     In response to the allegations of paragraph 30, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, Attachment A to the Staff Report, and Attachment B to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report, Attachment A to the Staff Report, and Attachment B to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with those documents.

31.     In response to the allegations of paragraph 31, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Attachment B to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report and Attachment B to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with those documents. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

32.     In response to the allegations of paragraph 32, the Board admits that the risk of oil spills from the Project cannot be eliminated or reduced to less than significant levels. Except as so admitted, paragraph 32 contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

8.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

that they are inconsistent with that document. Except as so admitted and denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

33.     In response to the allegations of paragraph 33, the Board admits that the Project included proposed conditions of approval designed to reduce the impacts on air quality and climate change/greenhouse gas emissions. Except as so admitted, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

34.     In response to the allegations of paragraph 34, the Board admits the allegations.

35.     In response to the allegations of paragraph 35, the Board admits that the Project was modified to reduce its potential impact on traffic volumes and safety, reducing traffic impacts to less than significant levels. Except as so admitted, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

36.     In response to the allegations of paragraph 36, the Board admits that in September 2021, the County's P&D staff issued the Staff Report. Except as so

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

9.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

admitted, paragraph 36 contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

37.     In response to the allegations of paragraph 37, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Attachment A to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report and Attachment A to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

38.     In response to the allegations of paragraph 38, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Attachment A to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report and Attachment A to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

39.     In response to the allegations of paragraph 39, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Attachment A to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report and Attachment A to the Staff Report speak for themselves and the Board denies the

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

10.

allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

40.     In response to the allegations of paragraph 40, the Board admits that the Project came before the Commission on September 29, 2021; the Board admits that P&D Staff made a presentation in support of the Commission recommending that the Board approve the Project; and the Board admits that the Commission did not recommend that the Board approve the Project. Except as so admitted, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

41.     In response to the allegations of paragraph 41, the Board admits the allegations.

42.     In response to the allegations of paragraph 42, the Board denies the allegations.

43.     In response to the allegations of paragraph 43, the Board denies the allegations contained in the first sentence. The second and third sentences purport to paraphrase or characterize the documented actions of the Commission. To the extent these allegations may be deemed to require an answer, the documented actions of the Commission speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documented actions.

44.     In response to the allegations of paragraph 44, the Board admits that pursuant to the Commission's instructions, P&D Staff returned with a memorandum and Findings for Denial. Except as so admitted, the Board denies the allegations.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

45.    In response to the allegations of paragraph 45, the Board admits the allegations.

46.    In response to the allegations of paragraph 46, the Board admits that on March 8, 2022, by a vote of three to two, the Board followed the Commission's recommendation to deny the Project; the Board admits that it was unable to make the finding that there was substantial evidence that benefits outweighed the significant and unavoidable risk of potential oil spills and that it was unable to make a CEQA Statement of Overriding Considerations; the Board admits that it was unable to make the findings required by the County Land Use and Development Code  (LUDC") subsections 35.82.080.E.1(c) and (e) and Article II Coastal Zoning Ordinance ("CZO") subsections 35-174.7.1(c) and (e). Except as so admitted, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Board's Findings for Denial, the Staff Report, and Final SEIR. To the extent these allegations may be deemed to require an answer, the Board's Findings for Denial, the Staff Report, and Final SEIR speak for themselves and the Board denies the allegations to the extent they are inconsistent with these documents.

47.    In response to the allegations of paragraph 47, the Board denies the allegations in the first sentence. The remaining content of paragraph 47 contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, Attachment A to the Staff Report, and the Final SEIR. To the extent these allegations may be deemed to require an answer, the Staff Report, Attachment A to the Staff Report, and the Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

12.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

48.     In response to the allegations of paragraph 48, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

49.     In response to the allegations of paragraph 49, the Board denies the allegations.

50.     In response to the allegations of paragraph 50, the Board admits that it found that ExxonMobil did not present substantial evidence to support conclusory statements that the Project would increase local jobs or expenditures at local businesses. The Board admits that it noted that economic benefits arising from local jobs and local expenditures "may not be as secure or as high quality as indicated by [ExxonMobil] and they do not outweigh the unavoidable adverse environmental impacts of the Project." Except as so admitted, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Attachment A to the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report and Attachment A to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so admitted and denied, the Board denies the remaining allegations.

51.     In response to the allegations of paragraph 51, the Board admits that its Findings for Denial state that the potential economic benefits of the Project were "substantially less than those of the County's coastal hospitality industry, which is significantly threatened by the possibility of oil spills." Except as so admitted, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Final SEIR. To the extent these allegations may be deemed to require an answer, the Final SEIR speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so admitted and denied, the Board lacks knowledge or information

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

sufficient to form a belief as to the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

52.     In response to the allegations of paragraph 52, said paragraph contains conclusory statements and argument purporting to paraphrase or characterize the Board's Findings for Denial, the Staff Report, and Final SEIR. To the extent these allegations and argument may be deemed to require an answer, the Board's Findings for Denial, the Staff Report, and Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

53.     In response to the allegations of paragraph 53, the first sentence is a legal conclusion that does not require a response. The Board denies the remaining allegations.

54.     In response to the allegations of paragraph 54, the Board denies the allegations.

55.     In response to the allegations of paragraph 55, the Board denies the allegations. To the extent this paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, Attachment A to the Staff Report, and to the extent those allegations may be deemed to require an answer, the Final SEIR, the Staff Report, Attachment A to the Staff Report, and the Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

56.     In response to the allegations of paragraph 56, said paragraph contains conclusory statements purporting to paraphrase or characterize the Board's Findings for Denial. To the extent these allegations may be deemed to require an answer, the Board's Findings for Denial document speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so denied, the Board denies all remaining allegations.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

14.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

57.     In response to the allegations of paragraph 57, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report. To the extent these allegations may be deemed to require an answer, the Staff Report speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

58.     In response to the allegations of paragraph 58, the Board denies the allegations in the first sentence. The second sentence contains conclusory statements purporting to paraphrase or characterize the contents of the ExxonMobil Interim Trucking Permit Project Revised Traffic & Circulation Study. To the extent these allegations may be deemed to require an answer, the ExxonMobil Interim Trucking Permit Project Revised Traffic & Circulation Study speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document.

59.     In response to the allegations of paragraph 59, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Final SEIR. To the extent these allegations may be deemed to require an answer, the Final SEIR speaks for itself and the Board denies the allegations to the extent that they are inconsistent with that document. Except as so denied, the Board lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the remaining allegations contained therein.

60.     In response to the allegations of paragraph 60, said paragraph contains argument and conclusory statements purporting to paraphrase or characterize the contents of the Board's Findings for Denial, Attachment B to the Staff Report (Conditions of Approval for Modified Interim Trucking Project), the County's Public Works Department Letter dated July 21, 2020, and the Final SEIR. To the extent these allegations may be deemed to require an answer, the Board's Findings for Denial, Attachment B to the Staff Report, the County's Public

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

15.

Works Department letter dated July 21, 2020, and the Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board denies all remaining allegations.

61.      In response to the allegations of paragraph 61, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, Attachment A to the Staff Report, and the Final SEIR. To the extent these allegations may be deemed to require an answer, the Staff Report, Attachment A to the Staff Report, and the Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

62.      In response to the allegations of paragraph 62, the Board denies the allegations in the first and second sentences. The third sentence purports to set forth statements of law to which no response is required. To the extent a response is required, the Board denies the allegations in the third sentence of paragraph 62.

63.      In response to the allegations of paragraph 63, the Board denies the allegations.

64.      In response to the allegations of paragraph 64, the Board denies the allegations.

65.      In response to the allegations of paragraph 65, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, the County's Coastal Land Use Plan, and the County's Coastal Land Use Plan Policy 6-8. To the extent these allegations may be deemed to require an answer, the Staff Report, the County's Coastal Land Use Plan, and the County's Coastal Land Use Plan Policy 6-8 speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. Except as so denied, the Board denies the remaining allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

16.

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

66.     In response to the allegations of paragraph 66, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, the County's CZO, and the County's LUDC. To the extent these allegations may be deemed to require an answer, the Staff Report, the County's CZO, and the County's LUDC speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

67.     In response to the allegations of paragraph 67, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Development Plan, the Staff Report, and Attachment B to the Staff Report. To the extent these allegations may be deemed to require an answer, the Development Plan, the Staff Report, and Attachment B to the Staff Report speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

68.     Paragraph 68 contains legal conclusions or arguments that do not require a response and contains conclusory statements purporting to paraphrase or characterize the contents of the CZO section 35-154.5(i) and LUDC section 35.52.060.B.10.b. To the extent these allegations may be deemed to require an answer, CZO section 35-154.5(i) and LUDC section 35.52.060.B.10.b speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents. The Board denies all remaining allegations.

69.     In response to the allegations of paragraph 69, said paragraph contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report, Attachment A to the Staff Report, and statements of members of the Board. To the extent these allegations may be deemed to require an answer, the Staff Report, Attachment A to the Staff Report, and recorded statements of members of the Board speak for themselves and the Board denies

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

the allegations to the extent that they are inconsistent with these documents. The Board denies all remaining allegations.

70.     In response to the allegations of paragraph 70, the Board denies the allegations.

71.     In response to the allegations of paragraph 71, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

72.     In response to the allegations of paragraph 72, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

73.     In response to the allegations of paragraph 73, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

74.     In response to the allegations of paragraph 74, the first sentence states a legal conclusion or argument that does not require a response. To the extent a response is required, the Board denies the allegations in the first sentence of paragraph 74. The second sentence contains conclusory statements purporting to paraphrase or characterize the contents of the Staff Report and Final SEIR. To the extent the allegations may be deemed to require an answer, the Staff Report and Final SEIR speak for themselves and the Board denies the allegations to the extent that they are inconsistent with these documents.

75.     In response to the allegations of paragraph 75, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

76.     In response to the allegations of paragraph 76, the Board denies the allegations.

//

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

18.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

77.     In response to the allegations of paragraph 77, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

### Petition for Writ of Administrative Mandate
### (Cal. Code Civ. Proc. § 1094.5)

78.     In paragraph 78, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 77 of its petition and complaint. Insofar as a response is required to paragraph 78, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

79.     Paragraph 79 contains a legal assertion that is not a material allegation and therefore no response is required.

80.     In response to the allegations of paragraph 80, the first sentence states a legal conclusion or argument that does not require a response. To the extent a response is required, the Board denies the allegations in the first sentence of paragraph 80. The Board denies the remaining allegations in paragraph 80.

81.     In response to the allegations of paragraph 81, the Board denies that its denial of the Project was arbitrary, capricious, unlawful, and/or a prejudicial abuse of discretion.

82.     In response to the allegations of paragraph 82, the Board denies the allegations.

83.     In response to the allegations of paragraph 83, the Board denies the allegations.

84.     Paragraph 84 contains legal assertions, arguments, or conclusions to which no response is required. To the extent this paragraph may be interpreted to assert material allegations, the Board admits that California Code of Regulations, title 14, section 15093(a) contains the language in quotation marks.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

19.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

85.     In response to the allegations of paragraph 85, the Board denies the allegations.

86.     In response to the allegations of paragraph 86, the Board denies the allegations.

87.     In response to the allegations of paragraph 87, the Board denies the allegations.

88.     In response to the allegations of paragraph 88, the Board denies the allegations.

89.     In response to the allegations of paragraph 89, the Board denies the allegations.

90.     In response to the allegations of paragraph 90, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

91.     In response to the allegations of paragraph 91, the Board denies the allegations.

92.     In response to the allegations of paragraph 92, the Board denies the allegations.

93.     Paragraph 93 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

## SECOND CAUSE OF ACTION

**Declaratory Relief, or in the Alternative, Petition for Writ of Mandate—Unconstitutional Taking of Property**
**(28 U.S.C. §§ 2201, 2202; Cal. Code Civ. Proc. § 1094.5, in the alternative)**

94.     In paragraph 94, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 93 of its petition and complaint. Insofar as a response is required to paragraph 94, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

20.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

95.     In response to the allegations of paragraph 95, the Board denies the allegations.

96.     Paragraph 96 contains legal assertions, arguments, or conclusions to which no response is required. To the extent this paragraph may be interpreted to assert material allegations, the Board denies the allegations.

97.     In response to the allegations of paragraph 97, the Board denies the allegations.

98.     In response to the allegations of paragraph 98, the Board denies the allegations.

99.     In response to the allegations of paragraph 99, the Board denies the allegations.

100.    Paragraph 100 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required. To the extent this paragraph may be interpreted to assert material allegations, the Board denies the allegations.

101.    Paragraph 101 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

### THIRD CAUSE OF ACTION

**Declaratory Relief and Damages—United States Constitution Commerce Clause**
**(28 U.S.C. §§ 2201, 2202; 42 U.S.C. § 1983)**

102.    In paragraph 102, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 101 of its petition and complaint. Insofar as a response is required to paragraph 102, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

103.    Paragraph 103 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required. To the extent this

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

paragraph may be interpreted to assert material allegations, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

104.   Paragraph 104 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

105.   In response to the allegations of paragraph 105, the Board denies the allegations.

106.   In response to the allegations of paragraph 106, the Board denies the allegations.

107.   In response to the allegations of paragraph 107, the Board denies the allegations.

108.   In response to the allegations of paragraph 108, the Board denies the allegations.

109.   In response to the allegations of paragraph 109, the Board denies that the Project denial works a total, discriminatory ban on transportation of oil and gas. Except as so denied, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

110.   In response to the allegations of paragraph 110, the Board denies the allegations.

111.   In response to the allegations of paragraph 111, the Board denies the allegations.

112.   In response to the allegations of paragraph 112, the Board admits the allegations.

113.   Paragraph 113 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required. To the extent this paragraph may be interpreted to assert material allegations, the Board lacks knowledge or information sufficient to form a belief as to the truth of the

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

22.

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

allegations and on that basis denies each and every allegation contained therein.

114.   In response to the allegations of paragraph 114, the Board denies the allegations.

115.   Paragraph 115 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

**FOURTH CAUSE OF ACTION**

**Declaratory Relief—California Constitution**
**(28 U.S.C. § 2201, 2202)**

116.   In paragraph 116, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 115 of its petition and complaint. Insofar as a response is required to paragraph 116, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

117.   Paragraph 117 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

118.   In response to the allegations of paragraph 118, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

119.   In response to the allegations of paragraph 119, the Board denies the allegations.

120.   In response to the allegations of paragraph 120, the Board denies the allegations.

121.   In response to the allegations of paragraph 121, the Board denies the allegations.

122.   In response to the allegations of paragraph 122, the Board denies the allegations.

123.   In response to the allegations of paragraph 123, the Board denies the allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

23.

ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

124.   Paragraph 124 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

## FIFTH CAUSE OF ACTION
### Declaratory Relief—Illegal Exercise of Police Power
### (28 U.S.C. §§ 2201, 2202)

125.   In paragraph 125, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 124 of its petition and complaint. Insofar as a response is required to paragraph 125, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

126.   Paragraph 126 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

127.   Paragraph 127 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required. To the extent this paragraph may be interpreted to assert material allegations, the Board admits that the Constitution of the State of California, Article XI, section 7 contains the language in quotation marks.

128.   Paragraph 128 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

129.   In response to the allegations of paragraph 129, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

130.   In response to the allegations of paragraph 130, the Board denies the allegations.

131.   Paragraph 131 contains legal assertions, arguments, or conclusions and not material allegations, and therefore no response is required.

//

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT**

## SIXTH CAUSE OF ACTION

### Inverse Condemnation—Unconstitutional Taking of Property
### (42 U.S.C. § 1983; U.S. Const. amend. V; Cal. Const. art. I, § 19)

132.   In paragraph 132, ExxonMobil realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 131 of its petition and complaint. Insofar as a response is required to paragraph 132, the Board incorporates by reference its responses to those allegations as if fully set forth herein.

133.   In response to the allegations of paragraph 133, the Board lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

134.   Paragraph 134 contains legal assertions, arguments, or conclusions to which no response is required.  To the extent this paragraph may be interpreted to assert material allegations, the Board denies the allegations.

135.   In response to the allegations of paragraph 135, the Board denies the allegations.

136.   In response to the allegations of paragraph 136, the Board denies the allegations.

137.   In response to the allegations of paragraph 137, the Board denies the allegations.

## AFFIRMATIVE DEFENSES

The Board is informed and believes, and on such information and belief, alleges the affirmative defenses set forth below. By alleging these defenses, the Board does not admit that it has the burden of proof and/or burden of persuasion as to any of these defenses.

### First Affirmative Defense

ExxonMobil lacks standing to bring the claims that are set forth in the Petition.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

25.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

**Second Affirmative Defense**

The Petition, and each cause of action therein, is barred by the failure to exhaust administrative remedies.

**Third Affirmative Defense**

The relief ExxonMobil seeks, if granted, would improperly interfere with the Board's lawful exercise of its authority and discretion.

**Fourth Affirmative Defense**

ExxonMobil has failed, refused, and neglected to reasonably mitigate its damages, which bars or diminishes any recovery.

**Fifth Affirmative Defense**

The Board is not liable for ExxonMobil's injuries and damages, if there were any, caused by denial of the Project pursuant to California Government Code section 818.4.

**Sixth Affirmative Defense**

The Board is not liable for ExxonMobil's injuries and damages, if there were any, caused by denial of the Project pursuant to California Government Code section 815.

**Seventh Affirmative Defense**

The causes of action asserted in the Petition are barred by the doctrines of waiver and estoppel.

**Eighth Affirmative Defense**

The Board is not liable in that ExxonMobil's injuries and damages, if there were any, were caused by the acts or omissions of other persons or entities, and not by the Board.

WHEREFORE, the Board prays that:

1. ExxonMobil's petition for a writ of mandate be denied in its entirety;

2. ExxonMobil's complaint for declaratory relief be denied;

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

26.
ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT

3. ExxonMobil take nothing by reason of its complaint for damages and that judgment be rendered in favor of the Board;

4. The Board recovers its costs in this proceeding, along with attorneys' fees to the extent permitted by law; and

5. The Court award to the Board such other and further relief as it considers just and proper.

Dated: June 24, 2022    RACHEL VAN MULLEM
            COUNTY COUNSEL

            By: /S/ - Mary Pat Barry
              Mary Pat Barry
              Senior Deputy County Counsel
            Attorneys for Respondent and Defendant,
            SANTA BARBARA COUNTY
            BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

27.
**ANSWER TO VERIFIED PETITION FOR WRIT OF MANDATE AND COMPLAINT**