LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100 / Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent/Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx)<br><br>**DECLARATION OF LYNN CARLISLE IN SUPPORT OF MOTION TO INTERVENE**<br><br>Hon. Dolly Gee<br><br>Hearing: October 21, 2022<br>Time: 9:30 a.m.<br>Place: Courtroom 8C,<br>350 West 1st Street, Los Angeles |

Declaration in Support of Motion to Intervene                                    1

I, Lynn Carlisle, declare as follows:

1. I am over 18 years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2. I currently live in Santa Barbara County and have for twelve years.

3. I have been a member of Environmental Defense Center for approximately six years.

4. I have worked in the Cuyama Valley for the past twelve years. I currently serve as the Executive Director of the Cuyama Valley Family Resource Center ("CVFRC").

5. Over the past twelve years, I have driven Route 166 along the trucking route proposed in the ExxonMobil plan hundreds of times and have personally experienced safety issues and unsafe driving practices by other drivers caused by truck traffic. In addition, in my work as Executive Director of the CVFRC in community organizing, advocacy and direct service, I have spoken to more than 100 community members who have recounted their experiences of safety issues and unsafe driving practices by other drivers caused by truck traffic. In addition to increased risk of roadway accidents that will result from the implementation of the trucking proposal, I am very concerned that the proposal will increase the risk of oil spills on the 50-mile stretch of road between Santa Maria and the Cuyama Valley, where the highway crosses the Cuyama River multiple times, in some places within 20-30 feet of the river. I personally witnessed the extensive clean-up operations required to mitigate the March 2020 oil spill from a single vehicle crash involving an oil truck that spilled 4,200 gallons of oil into the Cuyama River. Further, I am concerned about increased truck traffic along Route 166 as it passes the communities of Cuyama and New Cuyama. I have observed caravans of trucks, including oil trucks, traveling at high rates of speed on Route 166 past the only entrances to our elementary and high school, our residential neighborhoods, our library, our Recreation District

facility, our only park, our health clinic, several businesses, and a popular church. For those who live in Cuyama and New Cuyama, Route 166 is the only option for taking children to school, attending medical appointments, shopping for essentials, attending gatherings, in short, getting from one place to another. I have also witnessed unsafe driving practices at the intersection of Route 166 and Route 133, which does not include a left-hand turn lane from Route 166 onto Route 133.

6. I regularly travel along Route 166 and Highway 101, and from my personal experience driving on these roads, I do not think they can support the additional traffic of large oil tankers traveling on them every day. Not only do the trucks themselves create driving hazards on very windy roads, drivers of other vehicles on the road, often frustrated by long lines of trucks, pass unsafely, crossing double-yellow lines and putting themselves and others at risk. The stretch of road between Santa Maria and the Cuyama Valley is so windy that there are very few passing lanes, no paved pullouts (trucks are not permitted to pull over into gravel pullouts), and poor cell reception for a majority of the route. Further, the California Highway Patrol only provides coverage of the roadway sporadically, hence unsafe driving practices continue largely unchecked. Moreover, Route 166 passes through rugged, mountainous terrain. If an accident involving an oil truck were to cause a fire along the 50-mile isolated route between Santa Maria and the Cuyama Valley, first responders would have significant difficulty accessing and containing a blaze, particularly in our worsening drought conditions. If this project were allowed to proceed, I would worry about my safety, the safety of others, and the safety of the natural environment.

7. I am so concerned about the dangers of trucking on this route to me personally and to surrounding communities that I have worked hard in my role with the Cuyama Valley Family Resource Center, to oppose the project. These actions have included: conducting a community-wide campaign that collected

Declaration in Support of Motion to Intervene                                         3

300+ signatures—out of a total population of 1,200-1,800 residents—asking that the project be stopped (2019); educating the community about the proposal and potential safety impacts for Cuyama Valley residents at multiple meetings of the Cuyama Valley Community Association (2019-2022); submitting public comment to the Planning and Development Department regarding the SEIR for the trucking proposal (2019, 2021); educating the Cuyama Joint Unified School District (CJUSD) about the issue, obtaining and submitting a Resolution from the CJUSD Board opposing the project (2021); attending Planning Commission hearings and providing oral public comment (2021); meeting (by phone) with 2nd District Planning Commissioner Laura Bridley along with two other Cuyama Valley community members, expressing our concerns about the project (2021); meeting with Darcel Eliot, Chief of Staff for 1st District Supervisor Das Williams to express the community's concerns about the project (2019-2021); educating community members on how to provide public comment to the Planning Commission and the Board of Supervisors on this issue (2021).

8. My interests are specifically threatened because the proposed oil trucking would lead to increased accidents along the proposed truck route, increase the risk of oil spills, increase the likelihood of wildfire, and increase potential harm to wildlife, native ecosystems and the Cuyama River. A court order upholding Santa Barbara County's decision will significantly protect me personally, along with other Cuyama Valley residents, including our school children, from increased risk of harm. If the decision is not upheld, drivers and ecosystems will be put at considerable risk from traffic accidents and oil spills, which would decrease my own use and enjoyment of the area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California, on August 23, 2022.

_____
Lynn Carlisle