LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100/ Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>    Respondent/Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx)<br><br>**DECLARATION OF MARGARET HALL IN SUPPORT OF MOTION TO INTERVENE**<br><br>Hon. Dolly Gee<br><br>Hearing: October 21, 2022<br>Time: 9:30 a.m.<br>Place: Courtroom 8C,<br>350 West 1st Street, Los Angeles |

Declaration in Support of Motion to Intervene                                                                                       1

I, Margaret Hall, declare as follows:

1.  I am a Senior Attorney for the Environmental Defense Center ("EDC"). My business address and phone number are 906 Garden Street, Santa Barbara, CA 93101, (805) 963-1622.

2.  In my capacity as EDC Senior Attorney, I, along with my colleague EDC Chief Counsel Linda Krop, have the primary responsibility for the proposed intervention of our clients EDC, Get Oil Out!, Santa Barbara County Action Network, Sierra Club and Surfrider Foundation, alongside attorneys at the Center for Biological Diversity ("CBD") who represent CBD and Wishtoyo Foundation in this joint effort to intervene in the above-captioned case. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

3.  On July 28, 2022, I called Mary Pat Barry, counsel of record for respondent and defendant Santa Barbara County Board of Supervisors, on the telephone. I informed her of our clients' intentions to file a motion to intervene in the above-captioned case and she informed me that the County will take no position on that motion.

4.  On August 10, 2022, I called Dawn Sestito, counsel of record for petitioner and plaintiff ExxonMobil Corporation, on the telephone and left a message requesting to schedule a meet and confer regarding our clients' intentions to file a motion for intervention in the above-captioned case. On the same day, I followed up with Ms. Sestito via email. She returned my email and we scheduled a phone call for August 15, 2022.

5.  On August 15, 2022, I had a phone call with Ms. Sestito to discuss our clients' intentions to move for intervention in this case. We discussed several questions Ms. Sestito had to help inform her client regarding our position, and she let me know that she would respond later in the week via email to let us know ExxonMobil's position on our motion. We also discussed potential hearing dates,

Declaration in Support of Motion to Intervene                                    2

and I proposed a date of September 30, 2022. Ms. Sestito informed me she had a conflict on that date, so we discussed additional potential hearing dates. The next Friday, October 7, is listed as closed on the Court's website. On the subsequent Friday, October 14, I have an existing conflict. The next available date was October 21; and we both confirmed we are available on that date.

6. On August 21, 2022, I received an email from Ms. Sestito informing me that ExxonMobil plans to oppose the motion to intervene.

7. On August 22, 2022, I emailed Ms. Barry to ask whether the County is available for the intervention hearing on October 21, and she responded that same day confirming that the County is available.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California on August 26, 2022.

*Maggie Hall*

Margaret Hall

Declaration in Support of Motion to Intervene      3