LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100 / Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent/Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx)<br><br>**DECLARATION OF KEN HOUGH IN SUPPORT OF MOTION TO INTERVENE**<br><br>Hon. Dolly Gee<br><br>Hearing: October 21, 2022<br>Time: 9:30 a.m.<br>Place: Courtroom 8C,<br>350 West 1st Street, Los Angeles |

Hough Decl.                                                                                                                              1

I, Ken Hough, declare as follows:

1. My name is Ken Hough. I am over 18 years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2. I currently live in Santa Maria, California, and have lived in Santa Barbara County for 11 years.

3. I have been a member of Santa Barbara County Action Network (SBCAN) for 11 years. Initially I was a member for a few months, then a Board Member for a few months, then was hired as Executive Director, starting August 1, 2012, and continuing to this day.

4. For 20 years SBCAN has worked to promote social and economic justice, to preserve our environmental and agricultural resources and to create sustainable communities. We are a membership organization, with dues-paying members from throughout the County. We have always focused on the need to transition to clean energy and have sought to protect our environmental resources and residents from the hazardous consequences of oil and gas production.

5. I would be personally impacted by the proposed project if it is approved. Whenever I leave my neighborhood I see crude oil tankers on Highway 101. Sometimes I take Route 166 enroute to San Joaquin Valley or just to go along the Cuyama River for nature photography. I always see crude oil tankers there and I would see many more if this project was approved. I know how real the danger is and get well off the road for photography.

6. I am concerned about climate change and believe that further oil and gas development will exacerbate climate change.

7. I am concerned that the proposed project will exacerbate climate change through the restart of offshore production and that the project will make travel along Highway 101 and Route 166 more dangerous.

Hough Decl.                                                                                                        2

8. The proposed project runs counter to SBCAN's mission of preserving our environmental resources and creating sustainable communities.

9. I often travel along Route 166 and Highway 101, and from my personal experience driving on these roads, I do not think they can support the additional traffic of large oil tankers traveling every day on them. These roads are already dangerous—and I would worry about my safety, and the safety of the natural environment, if the project was allowed to proceed. The crash of a tanker truck two years ago, spilling over 4,000 gallons of crude oil into the Cuyama River, is but one example of the risks involved with this proposal.

10. In response to this proposed project I have attended informational meetings, written letters, discussed the proposal with friends, family, and neighbors, and have attended rallies and testified at hearings.

11. SBCAN has been represented by the Environmental Defense Center ("EDC") during the County's environmental and administrative review processes for ExxonMobil's proposed project. EDC wrote comment letters on behalf of SBCAN regarding the Environmental Impact Report, Planning Commission hearings, and Board of Supervisors hearing. SBCAN also submitted an additional letter to the Board of Supervisors and signed onto group comment letters to the Planning Commission and Board of Supervisors.

12. SBCAN has sent action alerts to its email list of 1,200, urging people to speak out against approval of this proposal.

13. SBCAN seeks to intervene in ExxonMobil's lawsuit challenging the County's denial of its trucking proposal. SBCAN members' interests and my personal and professional interests are specifically threatened because the proposed oil trucking would increase the risk of oil spills, harm to wildlife, waters, and cultural resources, and lead to more accidents. A court order upholding Santa Barbara County's decision will ensure the safety of SBCAN's members and protection of the environment and would make me feel personally

much safer. If the decision is not upheld, people and ecosystems will be put at considerable risk from traffic accidents and oil spills, which would decrease my own use and enjoyment of the area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Maria, California, on August 8, 2022.

*[signature]*

**Ken Hough**