LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100/ Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> SANTA BARBARA COUNTY BOARD OF SUPERVISORS, <br><br> Respondent/Defendant, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION, <br><br> Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx) <br><br> **DECLARATION OF BRENTON KELLY IN SUPPORT OF MOTION TO INTERVENE** <br><br> Hon. Dolly Gee <br><br> Hearing: October 21, 2022 <br> Time: 9:30 a.m. <br> Place: Courtroom 8C, <br> 350 West 1st Street, Los Angeles |

Declaration in Support of Motion to Intervene                                                          1

I, Brenton Kelly, declare as follows:

1. My name is Brenton Kelly. I am over 18 years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2. I currently live in Cuyama, California. I have lived in Santa Barbara County for 42 years, and I have lived in Cuyama for the past 14 years.

3. During my time in Cuyama I have been employed by Quail Springs, an educational 501c3 nonprofit organization, providing environmental science and permaculture education for youth and adults. Additionally, I direct Quail Springs' groundwater advocacy work. I am the Chairperson of the Stakeholders Advisory Committee to the Cuyama Basin Groundwater Sustainability Agency advocating for valley residents' concerns.

4. I am a current member of the Environmental Defense Center.

5. I drive State Route 166 regularly between Cuyama and Santa Maria. I make a concerted effort to choose the least traffic times for the safety of my passengers and myself. As chairperson of the Cuyama Valley Community Association ("CVCA") I have facilitated numerous discussions regarding highway safety on the 166. The CVCA has submitted comments to Santa Barbara County, California Highway Patrol and Caltrans regarding traffic safety issues from passing lanes to patrol cars. The 166 is in close proximity to the Cuyama River, with numerous crossings over the River. The Route runs for many miles through the Los Padres National Forest, and is an environmentally sensitive corridor.

6. Having lived on the Gaviota coast and in Cuyama, I have witnessed the impacts of oil and gas development, including offshore production leaks, pipeline ruptures, and trucking traffic accidents. Santa Barbara County has made progressive commitments to reducing these risks and developing renewable

Declaration in Support of Motion to Intervene                                                                 2

energy production. I am in support of these efforts and the further reduction of petroleum extraction and dependency in our region.

7. Route 166 is a busy trucking route between the coast and the central valley. There are no passing lanes and very few passing zones. Slower commercial traffic combines with speeding commuter traffic to produce a very dangerous highway. As the 166 passes through Old and New Cuyama it passes directly in front of the entrances to the elementary and high school campuses of the Cuyama Joint Unified School District, the library, the community health center and the fire station. East of the townsites is the hazardous intersection of Highways 33 and 166 which has no turn lane and is frequented by tourists, motorcycle and bicycle traffic traveling scenic Highway 33.

8. From my personal experience driving regularly on Route 166 and Highway 101, I know these roads cannot safely support the additional, daily traffic of large oil tankers that is being proposed by ExxonMobil. These roads are already dangerous—and I worry about my safety, the safety of my community and the safety of the natural environment, if the project were to be allowed to proceed.

9. On behalf of the CVCA, I attended and presented public comments in objection to the project to both the Planning Commissioners and the County Supervisors. Personally, I have shared information and my concerns about the proposed project through our community Facebook page, *Cuyama Strong,* and I have discussed my concern with residents in the valley and Quail Springs staff members.

10. My personal and professional interests are specifically threatened by the proposed oil trucking as it would directly contribute to increased risk of oil spills, harm to wildlife, waters, and cultural resources, and the increased likelihood of tragic accidents on this already overburdened highway that I frequently use in addition to friends, family, co-workers and visitors to Quail

Declaration in Support of Motion to Intervene                                                                 3

Springs. When I travel along Highway 101 and Route 166, I greatly enjoy the wild and natural scenery of this region and the chance to observe wildlife in their natural habitat. I also enjoying hiking and bird watching off portions of the route, specifically along the Cuyama River and on the Buckhorn road at the Rock Front Ranch. A court order upholding Santa Barbara County's decision to reject the proposed trucking project will protect the safety of residents and the environment. If the decision is not upheld, travelers and a precious stretch of environmentally sensitive habitat will be put at considerable risk from traffic accidents and oil spills, which would greatly reduce my use and enjoyment of this area.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

      Executed at Cuyama, California, on August 29, 2022.

_____
Brenton Kelly

Declaration in Support of Motion to Intervene    4