LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100/ Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> SANTA BARBARA COUNTY BOARD OF SUPERVISORS, <br><br> Respondent/Defendant, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION, <br><br> Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx) <br><br> **DECLARATION OF MICHAEL LYONS IN SUPPORT OF MOTION TO INTERVENE** <br><br> Hon. Dolly Gee <br><br> Hearing: October 21, 2022 <br> Time: 9:30 a.m. <br> Place: Courtroom 8C, <br> 350 West 1st Street, Los Angeles |

Declaration in Support of Motion to Intervene                                                                                               1

I, Michael Lyons, declare as follows:

1. My name is Michael Lyons. I am over 18 years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2. I currently live in Santa Barbara and have lived in Santa Barbara County for 53 years.

3. I have been a member of Get Oil Out! for 23 years; I remain a current member and am the current Board president.

4. Founded in response to the devastating 1969 Santa Barbara Oil Spill, Get Oil Out!'s mission for the past 50 years has been to rid the Santa Barbara Channel of existing oil development and to prevent any new oil projects from being approved in order to prevent oil spills and any other environmental degradation in the Santa Barbara Channel and surrounding region.  As provided in our bylaws, Get Oil Out's purpose includes preserving and conserving Santa Barbara's unique natural environment, scenic beauty, and resources by opposing offshore and onshore fossil fuel development which pose a significant danger to that environment.

5. I am an avid outdoorsman and I frequently use and recreate directly in and around the area where the oil trucks will be operating. My uses in this area consist of surfing, bike riding, running, hiking, fishing, swimming, bird watching, camping, star gazing, photography, mobile working, driving and picnicking, to name a few. Specifically, I regularly use and enjoy the Naples coastal bluffs and trails, El Capitan State Park/Beach, Refugio State Park/Beach, Gaviota State Park and Beach, Gaviota Peak, and Nojoqui Falls Park.

6. I regularly drive where the oil trucks will be operating along Highway 101. I do not think the highway where the oil trucks are operating can support the additional traffic.

7. If ExxonMobil's project were allowed to proceed, the additional use of Highway 101 and Route 166 for trucking oil would cause an increase in traffic and accidents that would hinder my ability to enjoy, use, and recreate in and around the areas of concern. I am also very concerned for my own safety and for the safety of my family, friends and community members that also recreate along and use these highways. I fear that the increased highway use for oil trucking creates unnecessary danger and potential harm to me directly and all who use the highway. I share this concern personally and on behalf of Get Oil Out!.

8. The trucking of oil on the local highways as was proposed is exactly the sort of activity that Get Oil Out! opposes. The threat and danger to the surrounding environment and community is severe and certain.

9. Get Oil Out! retained the Environmental Defense Center to represent our organization in opposing the ExxonMobil trucking project before the Planning Commission and Board of Supervisors. On behalf of Get Oil Out!, EDC submitted detailed comments at every stage of the environmental review and administrative process detailing our concerns about the project and urging its denial.  In addition, I also personally attended and testified at hearings.

10. Get Oil Out! seeks to intervene in ExxonMobil's lawsuit challenging the County's denial of its trucking proposal. Get Oil Out! members' interests and my personal and professional interests are specifically threatened because the proposed oil trucking would increase the risk of oil spills, harm to wildlife, waters, and cultural resources and lead to more accidents. A court order upholding Santa Barbara County's decision will ensure the safety of its residents and protection of the environment and would make me feel personally much safer. If the decision is not upheld, drivers and our local environment will be put at considerable risk from traffic accidents and oil spills, which would decrease my own use and enjoyment of the area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Santa Barbara, California, on August 25, 2022.

*Michael Lyons*

Michael Lyons, President – Get Oil Out!

Declaration in Support of Motion to Intervene                                                                 4