LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100/ Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION, | Case No. 2:22-cv-03225(DMG MRWx) |
| Petitioner/Plaintiff, | |
| v. | **DECLARATION OF CHAD NELSEN IN SUPPORT OF MOTION TO INTERVENE** |
| SANTA BARBARA COUNTY BOARD OF SUPERVISORS, | |
| Respondent/Defendant, | Hon. Dolly Gee |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION, | Hearing: October 21, 2022
Time: 9:30 a.m.
Place: Courtroom 8C,
350 West 1st Street, Los Angeles |
| Proposed Defendant-Intervenors. | |

Declaration in Support of Motion to Intervene                                        1

I, Chad Nelsen, declare as follows:

1. My name is Chad Nelsen. I am over 18 years old. I have personal knowledge of the following facts and if called as a witness, would testify to these facts under oath.

2. I currently live in Laguna Beach, California.

3. I am the Chief Executive Officer ("CEO"), and a current member, of the Surfrider Foundation. I was appointed as CEO in 2014 after 16 years on staff with the Surfrider Foundation, most recently as Environmental Director. In this role, I am responsible for strategic guidance of environmental campaigns and stewardship programs at the local, regional, and national level. I oversee a network of over 220 chapters and clubs, 69 staff, and a number of programs that include volunteer beach cleanups, water quality monitoring, ocean-friendly restaurants, environmental education and outreach programs.

4. Surfrider Foundation is an environmental, non-profit organization dedicated to the protection and enjoyment of the world's ocean, waves, and beaches for all people. Surfrider advocates preservation of and access to the coast and ocean for future generations. Surfrider has over 350,000 supporters and members, 79 local chapters and 144 school clubs in the United States and maintains 19 chapters in California, including the Santa Barbara Chapter, as well as the Isla Vista School Club.

5. Surfrider has long been dedicated to protecting the California coastline, especially the Gaviota Coast, from the threats of oil and gas development and transportation, and we remain actively committed to opposing ExxonMobil's dangerous project to transport crude oil through this sensitive region. Surfrider has fought to preserve the Gaviota Coast for over 30 years, protecting it from over-development and ensuring beach access for all. Additionally, we have challenged oil and gas leasing expansion nationwide for many years.  This includes challenges to harmful offshore seismic testing, the

Declaration in Support of Motion to Intervene                                         2

precursor to drilling, and we have actively engaged in oil spill response and cleanup.

6. Surfrider's members derive recreational, aesthetic, and economic benefits from the Pacific Ocean off the coast of California and the diverse coastal and marine life that resides there, including species that are likely to be harmed by oil trucking activities. They also enjoy recreation on the Gaviota Coast, including surfing, swimming, beach walking, observing wildlife and habitat, and other coastal recreation. Additionally, Surfrider members carry out conservation activities, such as beach cleanups, regularly in Santa Barbara County. Surfrider's members' future use and enjoyment of the Pacific Ocean off of California depends upon healthy and sustainable coastal resources, such as clean water and thriving coastal habitats. Our members interests would be severely harmed if this project were allowed to go forward—as it would threaten their personal safety travelling on the proposed route, harm wildlife that our members enjoy observing, and adversely impact the Gaviota Coast's environmental and scenic integrity.

7. I have been informed and am aware of the likely adverse impacts of ExxonMobil's proposed trucking project, including its increased risk of oil spills and tanker truck accidents. If allowed to proceed, ExxonMobil's trucking project would undermine Surfrider's decades-long advocacy protecting the Gaviota Coast as a world-class recreational resource for surfers, hikers, and more. Furthermore, increasing truck traffic would decrease the safety of accessing this incredible region, and the increased risk of oil spills threatens to spoil its sensitive wildlife, and marine and coastal environments. Protecting this region, and ensuring that it is accessible to all, goes to the heart of our work.

8. Accordingly, Surfrider has actively participated in the campaign against the ill-conceived oil trucking plan and the public process leading to denial of the project. We have joined comments submitted to the Planning Commission

and Board of Supervisors, and used social media messages to call our members to action to oppose the project.

9.  Surfrider now seeks to intervene in ExxonMobil's lawsuit challenging the County's denial of its trucking proposal. This effort is central to Surfrider's mission, and a court order upholding Santa Barbara County's decision will ensure the safety of our members and protection of the environment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at San Clemente, California, on August 29, 2022.

**Dr. Chad Nelsen**