LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100/ Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>    Petitioner/Plaintiff,<br><br>    v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>    Respondent/Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:22-cv-03225(DMG MRWx)<br><br>**DECLARATION OF KENNETH PALLEY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Hon. Dolly Gee<br><br>Hearing: October 21, 2022<br>Time: 9:30 a.m.<br>Place: Courtroom 8C,<br>350 West 1st Street, Los Angeles |

Declaration in Support of Motion to Intervene                                         1

I, Kenneth Palley, declare as follows:

1. My name is Kenneth Palley, I am 75 years of age and have personal knowledge of the following facts, and if called as a witness would testify to these facts under oath.

2. I currently live in Santa Barbara, where I have lived for the last 38 years.

3. I am a current member and executive committee member of Surfrider Foundation, Santa Barbara chapter. I have been a member of Surfrider Foundation for approximately 20 years.

4. Surfrider Foundation is a 501C(3) public interest environmental organization dedicated to the preservation and protection of the world's beaches, ocean, and surf breaks for the benefit of all people.

5. Surfrider Foundation was founded in 1984. Our chapter was founded in 1991. Although our chapter does a variety of things, the battle to preserve the Gaviota coast--the roughly 20 miles of relatively undeveloped coastline just north and west of Santa Barbara--has been the single issue that has occupied the greatest portion of our time, energy, and resources. Specifically, we have opposed inappropriate development, oil drilling, pumping and transport, and other activities that threaten the unique biological, recreational and cultural values of the Gaviota coast. This coastline would be directly impacted by ExxonMobil's dangerous trucking proposal, and it is therefore crucial to Surfrider's mission and work that the project not be allowed to go forward.

6. I have enjoyed the Gaviota coast in many ways for the past 30 years or so. I have been surfing, hiking and bird watching in that area since the early 90's. In addition, I regularly drive from Santa Barbara to Los Olivos, Los Alamos, Santa Maria, and San Luis Obispo to go bird watching or wine tasting. I would certainly feel my health and safety to be potentially endangered if that already frequently busy corridor were further encumbered by multiple daily trips of toxic

Declaration in Support of Motion to Intervene    2

and flammable tanker truckloads of oil, which would occur if ExxonMobil's project were allowed to go forward as result of this litigation. ExxonMobil wants to transport large amounts of oil by truck over a very busy highway along a very delicate and environmentally sensitive section of the California coast. It just seems like a recipe for disaster.

7. This project undoubtedly threatens our coastline and local watersheds with the unacceptable risk of oil spills. Our county and that area has already suffered enough from serious oil spills that have had long term adverse effects on the marine and coastal environment in addition to their adverse effects on our local economy. After the 1969 massive oil spill and then the more recent, May 19, 2015 oil spill it is now apparent that oil wells, oil pipelines and trucks all pose a huge hazard to the health and economy of our County. I also recall the March 2020 oil spill when a tanker overturned on Highway 166 and spilled thousands of gallons of crude oil into the Cuyama River. Enough is enough! If the project could proceed, its increased risk of oil spills would absolutely degrade my use and enjoyment of the Gaviota coast for wildlife observation, surfing, and hiking because it would harm this already fragile ecosystem, decreasing wildlife abundance and reducing the aesthetic value of the coastline.

8. We at Surfrider, along with numerous other local, regional and national environmental organizations, have been fighting for decades to stop the proliferation of projects, just like this one, that continually threaten to wreak havoc on our coast and ocean.

9. We actively participated in the administrative process leading to the County's denial of the project. I have been encouraging everyone I know to write to their district county supervisor to oppose this trucking plan. I have voted to have our chapter (Surfrider Foundation Santa Barbara chapter) oppose it and encouraged the Environmental Defense Center, which represents Surfrider Foundation, to do everything it can to stop this plan. We joined comments

Declaration in Support of Motion to Intervene          3

submitted to the County urging opposition to the Project both when it was before the Planning Commission and Board of Supervisors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Goleta, California, on August 23, 2022.

*Kenneth S. Palley*
_____
Kenneth Palley