LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
MARGARET M. HALL (Bar No. 293699)
mhall@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel. (805) 963-1622 / Fax. (805) 962-3152
*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation*

JULIE TEEL SIMMONDS (Bar No. 208282)
jteelsimmonds@biologicaldiversity.org
ELIZABETH JONES (Bar No. 326118)
ljones@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel. (510) 844-7100 / Fax. (510) 844-7150
*Attorneys for Center for Biological Diversity and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EXXON MOBIL CORPORATION, <br><br> Petitioner/Plaintiff, <br><br> v. <br><br> SANTA BARBARA COUNTY BOARD OF SUPERVISORS, <br><br> Respondent/Defendant, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION, <br><br> Defendant/Intervenors. | Case No. 2:22-cv-03225-DMG (MRWx) <br><br> **[PROPOSED] ORDER GRANTING INTERVENTION** <br><br> Hon. Dolly Gee <br><br> Hearing: October 21, 2022 <br> Time: 9:30 a.m. <br> Place: Courtroom 8C, <br> 350 West 1st Street, Los Angeles |

The Court has considered Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation's Motion to Intervene, Memorandum of Points and Authorities, supporting declarations, and accompanying exhibits. With good cause shown, it is hereby **ORDERED** that the Motion to Intervene is **GRANTED** pursuant to Federal Rule of Civil Procedure 24. It is further **ORDERED** that Intervenor-Defendants' proposed answer is hereby accepted and filed.

**IT IS SO ORDERED.**

DATED: _____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1