RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950  /  FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondent and Defendant
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION, <br><br> Petitioner and Plaintiff, <br><br> v. <br><br> SANTA BARBARA COUNTY BOARD OF SUPERVISORS, <br><br> Respondent and Defendant, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION, <br><br> Proposed Defendants and Intervenors. | Case No: 2:22-cv-03225 DMG (MRWx) <br><br> RESPONDENT AND DEFENDANT SANTA BARBARA COUNTY BOARD OF SUPERVISORS' STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE [L.R. 7-9] <br><br> Judge: Hon. Dolly M. Gee <br> Courtroom: 8C, First St. Courthouse <br><br> Hearing Date: Oct. 21, 2022 <br> Time: 9:30 a.m. |

///

///

1.

**STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE**

Respondent and Defendant SANTA BARBARA COUNTY BOARD OF SUPERVISORS, pursuant to Local Rule 7-9, hereby states that it will not oppose the Proposed Intervenors' Motion to Intervene (Doc. # 18).

Dated: September 7, 2022  RACHEL VAN MULLEM
COUNTY COUNSEL

By: /S/ - Mary Pat Barry
Mary Pat Barry
Senior Deputy County Counsel
Attorneys for Respondent and Defendant,
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
**STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE**