UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 22-3225-DMG (MRWx)**                                Date  September 20, 2022

Title  *Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER**

The Court has scheduled a deadline for cross-motions for summary judgment pursuant to the parties' recommendation in their Joint Rule 26(f) Report. The parties shall comply with the attached Schedule.

IT IS SO ORDERED.

Judge Dolly M. Gee
**SCHEDULE OF DATES AND DEADLINES**

Case No.: CV 22-03225 DMG (MRWx)     Title: *Exxon Mobil Corp. v. Santa Barbara Cty. Bd. of Supervisors*

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**[1]   [ ] Court   [ ] Jury<br>Duration Estimate: n/a | N/A | N/A |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | N/A | N/A |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 11-11-22 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | N/A |
| Motion Cut-Off (filing deadline) | 3-30-23 |
| Initial Expert Disclosure & Report Deadline | N/A |
| Rebuttal Expert Disclosure & Report Deadline | N/A |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | N/A |
| Settlement Conference Completion Date | To be set |
| Motions in Limine Filing Deadline | N/A |
| Opposition to Motion in Limine Filing Deadline | N/A |
| Administrative Record to be Filed | 12-13-22 |
| Motions to Supplement or Complete the Administrative Record Due | 1-13-23 |
| Board Motion for Summary Judgment | 2-13-23 |
| ExxonMobil Cross-Motion for Summary Judgment and Opposition to Board Motion for Summary Judgment | 3-30-23 |
| Board Reply on Motion for Summary Judgment and Opposition to ExxonMobil Cross-Motion for Summary Judgment | 5-1-23 |
| Exxon Reply on Cross-Motion for Summary Judgment | 5-31-23 |
| Hearing on Cross-Motions for Summary Judgment | 6-16-23 @ 2:00 p.m. |

---

[1] The Court bifurcates this matter into two phases as proposed by the parties. If this matter is not resolved on summary judgment, the Court will solicit a proposed court trial date. After Phase I is completed, the Court will schedule dates relating to Phase II of the litigation, including a settlement conference deadline.