# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner and Plaintiff,<br><br>vs.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent and Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION,<br><br>Intervenors. | Case No.: CV 22-3225-DMG (MRWx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD [26]** |

Based on the parties' stipulation, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the date for filing the administrative record in this matter is extended, *nunc pro tunc*, from December 13, 2022 to January 13, 2023.

In the future, the parties shall avoid submitting requests for continuance less than five court days prior to the expiration of the scheduled date or deadline. *See* Initial Standing Order at 11 [Doc. # 10]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

DATED: December 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE