1  RACHEL VAN MULLEM, COUNTY COUNSEL
   MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
2  COUNTY OF SANTA BARBARA
   105 E. Anapamu St., Suite 201
3  Santa Barbara, CA  93101
   (805) 568-2950  /  FAX: (805) 568-2982
4  E-mail: mpbarry@countyofsb.org

5  Attorneys for Respondent and Defendant
   SANTA BARBARA COUNTY
6  BOARD OF SUPERVISORS

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  EXXON MOBIL CORPORATION,        Case No: 2:22-cv-03225 DMG (MRWx)

12

13         Petitioner and Plaintiff,   **RESPONDENT AND DEFENDANT
                                        SANTA BARBARA COUNTY
14                                      BOARD OF SUPERVISORS'
                                        NOTICE OF FILING
15  v.                                  ADMINISTRATIVE RECORD;
                                        INDEX TO ADMINISTRATIVE
16                                      RECORD; VOLUMES 1 TO 68**

17  SANTA BARBARA COUNTY
    BOARD OF SUPERVISORS,             [Filed concurrently with Respondent and
18                                     Defendant Santa Barbara County Board
           Respondent and Defendant,   of Supervisors' Notice of Certification of
19                                      Administrative Record; Notice of
           and                         Lodging Non-Paper Physical Items as
20                                      Part of the Administrative Record]

21  ENVIRONMENTAL DEFENSE
    CENTER, GET OIL OUT!,             Hearing Date: June 16, 2023
22  SANTA BARBARA COUNTY              Time: 2:00 p.m.
    ACTION NETWORK, SIERRA
23  CLUB, SURFRIDER                   Judge: Hon. Dolly M. Gee
    FOUNDATION, CENTER FOR            Courtroom: 8C, First St. Courthouse
24  BIOLOGICAL DIVERSITY, AND
    WISHTOYO FOUNDATION,
25
           Intervenors.
26

27

28

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1.

NOTICE OF FILING ADMINISTRATIVE RECORD; INDEX; VOLUMES 1 TO 68

TO PETITIONER/PLAINTIFF, INTERVENORS, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to the Court's Order establishing a Schedule of Dates and Deadlines (Doc. No. 21) and the Court's Order on Joint Stipulation to Extend Time to File Administrative Record (Doc. No. 27), Respondent and Defendant SANTA BARBARA COUNTY BOARD OF SUPERVISORS hereby files the Administrative Record in this matter.

Dated: January 13, 2023          RACHEL VAN MULLEM
                                 COUNTY COUNSEL


                                 By: /S/ - Mary Pat Barry
                                     Mary Pat Barry
                                     Senior Deputy County Counsel
                                 Attorneys for Respondent and Defendant,
                                 SANTA BARBARA COUNTY
                                 BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
NOTICE OF FILING ADMINISTRATIVE RECORD; INDEX; VOLUMES 1 TO 68

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| 2022 Environmental Document Filing Fee Cash Receipt, 2021 CEQA Transmittal Memorandum re Exxon Mobil Interim Trucking Project, and CEQA 15270 Notice of Exemption for ExxonMobil Interim trucking for Santa Ynez Unit Phased Restart Project | 03/18/2022 | AR 000001-AR 000005 |
| County of Santa Barbara Planning & Development Department ("P&D") Action Letter to ExxonMobil Production Co. Re: ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart – Board of Supervisors Hearing of March 8, 2022 | 03/16/2022 | AR 000006 – AR 000009 |
| Attachment A: Findings for Denial | | AR 000010 – AR 000013 |
| Board of Supervisors Minute Orders regarding action taken at Board of Supervisors Hearing of March 8, 2022 to 1) accept documents into the record and 2) deny the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | 03/08/2022 | AR 000014 - AR 000016 |
| Board of Supervisors Action Summary regarding action taken at Board of Supervisors Hearing of March 8, 2022 | 03/08/2022 | AR 000017 – AR 000037 |
| Attachment A: REVISED Findings for Denial – redline version reflecting changes made at Board of Supervisors Meeting of March 8, 2022 | 03/08/2022 | AR 000038 – AR 000042 |
| Transcript of Board of Supervisors Meeting of March 8, 2022 for Departmental Agenda Hearing Item No. 3: Consider Recommendation Regarding the Planning Commission's Recommendation for Denial of the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | 03/08/2022 | AR 000043 – AR 000193 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| Video of Board of Supervisors Meeting of March 8, 2022 for Departmental Agenda Hearing Item No. 3: ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | 03/08/2022 | AR 000194 |
| P&D Staff Power Point Presentation for Board of Supervisors Meeting of March 8, 2022 entitled "ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart" | 03/08/2022 | AR 000195 – AR 000208 |
| Agenda for Board of Supervisors Meeting of March 8, 2022 | 03/08/2022 | AR 000209 – AR 000220 |
| Board of Supervisors Public Comment Speaking Order List for Meeting of March 8, 2022, Departmental Agenda Hearing Item No. 3: Denial of ExxonMobil Interim Trucking Project | 03/08/2022 | AR 000221 – AR 000224 |
| Board of Supervisors Public Comment Speakers List for Meeting of March 8, 2022, Departmental Agenda Hearing Item No. 3: ExxonMobil Interim Trucking | 03/08/2022 | AR 000225 – AR 000228 |
| Board of Supervisors Meeting of March 8, 2022, Departmental Agenda Hearing Item No. 3: ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project Public Comment Letters: | | |
|    California Hispanic Chambers of Commerce | 02/25/2022 | AR 000229 – AR 000230 |
|    Santa Barbara County Deputy Sheriff's Association ("SB County DSA") | 03/01/2022 | AR 000231 – AR 000232 |
|    Coalition of Labor, Agriculture, and Business, Santa Barbara County ("COLAB") | 02/25/2022 | AR 000233 – AR 000234 |
|    Santa Barbara South Coast Chamber of Commerce | 03/02/2022 | AR 000235 – AR 000236 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| Group 1 | | AR 000237 – AR 000463 |
| Group 2 | | AR 000464 – AR 000729 |
| Environmental Defense Center ("EDC") | 03/02/2022 | AR 000730 – AR 000731 |
| City of Carpinteria | 08/14/2020 | AR 000732 – AR 000734 |
| Group 3 | | AR 000735 – AR 000780 |
| Group 4 | | AR 000781- AR 000797 |
| Santa Barbara County Action Network ("SB*CAN*") | 03/04/2022 | AR 000798 – AR 000799 |
| Group 5 | | AR 000800 – AR 000843 |
| Laborers' International Union of North America Local 220 | 03/01/2022 | AR 000844 – AR 000845 |
| City of Goleta, with Resolution No. 19-05 | 03/04/2022 | AR 000846 – AR 000849 |
| SB*CAN* on behalf of 45 Santa Barbara Businesses | 03/04/2022 | AR 000850 – AR 000854 |
| ECON Alliance | 03/04/2022 | AR 000855 – AR 000856 |
| EDC on behalf of Get Oil Out!, SB*CAN*, Coastal Band of Chumash Nation, Sierra Club Los Padres Chapter, Gaviota Coast Conservancy ("GCC"), et al. | 03/04/2022 | AR 000857 – AR 000861 |
| WE Watch | 03/03/2022 | AR 000862 |
| EDC, Get Oil Out!, SB*CAN* with Attachments A-I | 03/04/2022 | AR 000863 – AR 001299 |
| Group 6 | | AR 001300 – AR 001361 |
| City of Santa Barbara by Eric Friedman, | 03/04/2022 | AR 001362 – |

3

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| Councilmember, with Resolution No. 20-059 | | AR 001366 |
| Center for Biological Diversity ("CBD") *(with the following documents identified in CBD letter at footnote 1: CBD letter to P&D dated 06/04/2019 with referenced items; CBD letter to P&D dated 03/27/2020; CBD letter to Air Pollution Control District dated 05/25/2021 with referenced items; CBD, et al. Email to Air Pollution Control District dated 05/25/2021)* | 03/04/2022 | AR 001367 – AR 013520 |
| Law Office of Mark Chytilo for GCC | 03/04/2022 | AR 013521 – AR 013523 |
| OST Trucks & Cranes | 03/01/2022 | AR 013524 – AR 013545 |
| Group 7 | | AR 013546 – AR 013757 |
| League of Women Voters of Santa Barbara | 03/05/2022 | AR 013758 – AR 013759 |
| Environmental Center of San Luis Obispo | 03/07/2022 | AR 013760 – AR 013761 |
| City of Santa Maria | 03/07/2022 | AR 013762 – AR 013766 |
| Live Oak Unitarian Universalist Congregation of Goleta Social Justice Ministry | 03/03/2022 | AR 013767 – AR 013768 |
| Group 8 | | AR 013769 – AR 013992 |
| Group 9 | | AR 013993 – AR 014199 |
| Group 10 | | AR 014200 – AR 014332 |
| Exxon Mobil Corporation with Attachments 1-5 | 03/07/2022 | AR 014333 – AR 014351 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| SLO Climate Coalition | 03/07/2022 | AR 014352 – AR 014354 |
| Los Padres ForestWatch | 03/07/2022 | AR 014355 – AR 014359 |
| Santa Lucia Chapter of the Sierra Club | 03/07/2022 | AR 014360 – AR 014362 |
| Central Valley Business Federation | 02/16/2022 | AR 014363 – AR 014366 |
| ECHO Group: Band of Brothers | 03/03/2022 | AR 014367 – AR 014368 |
| Group 11 | | AR 014369 – AR 014441 |
| Clean Coalition | 03/07/2022 | AR 014442 – AR 014445 |
| The Climate Reality Project, Santa Barbara, CA Chapter | 03/07/2022 | AR 014446 – AR 014448 |
| Santa Barbara Channelkeeper | 03/07/2022 | AR 014449 – AR 014450 |
| Group 12 | | AR 014451 – AR 014464 |
| Santa Barbara Women's Political Committee | 03/08/2022 | AR 014465 – AR 014466 |
| Citizen's Planning Association of Santa Barbara County | 03/04/2022 | AR 014467 – AR 014468 |
| Group 13 | | AR 014469 – AR 014482 |
| Group 14 | | AR 014483 – AR 014485 |
| Californians for Energy Independence | | AR 014486 – AR 014489 |
| Group 15 | | AR 014490 |
| Minute Order re: Board of Supervisors Meeting of February 15, 2022 reflecting action to set a hearing on March 8, 2022 to consider | 02/15/2022 | AR 014491 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

INDEX TO ADMINISTRATIVE RECORD

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| recommendations regarding the Planning Commission's recommendation to deny the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | | |
| Action Summary re: Board of Supervisors Meeting of February 15, 2022 reflecting action taken on Administrative Agenda Item No. A-17: Set a hearing to consider recommendation regarding the Planning Commission's recommendation to deny the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project (at page 16) | 02/15/2022 | AR 014492 – AR 014524 |
| Agenda for Board of Supervisors Meeting of February 15, 2022 [Administrative Agenda Item No. A-17: Set a hearing to consider recommendation regarding the Planning Commission's recommendation to deny the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project (at page 11)] | 02/15/2022 | AR 014525 – AR 014545 |
| P&D Agenda Letter to Board of Supervisors re: Set Hearing to Consider the Planning Commission Recommendation for Denial of the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | 02/15/2022 | AR 014546 – AR 014550 |
| P&D Agenda Letter (Revised) to Board of Supervisors re: Set Hearing to Consider the Planning Commission Recommendation for Denial of the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project | 02/15/2022 | AR 014551 – AR 014555 |
| Attachment A: Findings for Denial | | AR 014556 – AR 014559 |
| Attachment B: CEQA 15720 Notice of Exemption | | AR 014560 – AR 014561 |
| Attachment C: Planning Commission | | AR 014562 – |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| Action Letter to Board of Supervisors dated November 3, 2021 re: ExxonMobil Interim Trucking for SYU Phased Restart Project with Attachment A: Findings for Denial | | AR 014566 |
| Attachment D: Planning Commission Staff Report for ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart, dated Sept. 8, 2021 for Hearing Date September 29, 2021 with<br>  *Attachment A – Findings for Approval*<br>  *Attachment B – Conditions of Approval*<br>  *Attachment C – Proposed Final SEIR (Link)*<br>  *Attachment D – Final SEIR Revision Letter No. 1*<br>  *Attachment E – SYU Project EIR No. 83-EIR-22 (Link for 1984 EIR and 1986 SEIR for the SYU Project)*<br>  *Attachment F - Exhibits* | | AR 014567 – AR 014778 |
| Attachment E: John Zorovich, P&D, Memorandum to Planning Commission dated Oct. 26, 2021 for Hearing Date of November 3, 2021 Re: Findings for Denial for the proposed ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project with Attachment A: Findings for Denial and Attachment B: CEQA Notice of Exemption | | AR 014779 – AR 014786 |
| Attachment F:<br> • Revised Final Supplemental Environmental Impact Report ExxonMobil Interim Trucking for Santa Ynez Unit (SYU) Phased Restart Project, August 2021, | 08/2021 | AR 014787 – AR 017851 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| Volumes I, II, & III<br>• Supplemental Environmental Impact Report Exxon Santa Ynez Unit/Las Flores Canyon Development and Production Plan, August 6, 1986<br>• Final Environmental Impact Statement/Report for Santa Ynez Unit/Las Flores Canyon Development and Production Plan, June 1984 | 08/06/1986<br><br><br><br>06/1984 | AR 017852 – AR 018530<br><br><br><br>AR 018531 – AR 019150 |
| Public Comment Letters re Planning Commission Staff Report for ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart dated Sept. 8, 2021 (referenced in P&D Agenda Letter (Revised) to Board of Supervisors re: Set Hearing to Consider the Planning Commission Recommendation for Denial of the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project at Attachment D providing URL link): | Various | |
| • Applicant/Laura Logan Email with 6 Public Comment attachments:<br>*Buellton*<br>*Carpinteria*<br>*Guadalupe*<br>*New Cuyama*<br>*Santa Maria 1 of 2*<br>*Santa Maria 2 of 2* | 09/21/2021 | AR 019151 - AR 019446 |
| • Public Comment Letters #1 | | AR 019447 - AR 019563 |
| • Public Comment Letters #2 | | AR 019564 - AR 021580 |
| • Public Comment Letters #3 | | AR 021581 – AR 021604 |
| • Public Comment Letters #4 | | AR 021605 – |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| *Including;*<br>*Goleta Water District dated 08/11/20 (AR 021611)*<br>*City of Carpinteria dated 08/14/20 (AR 021612 – AR 021613)*<br>*Environmental Affairs Board (AR 021614 – AR 021615)*<br>*Surfrider Foundation (AR 021616 – AR 021617)* | | AR 021647 |
| • Public Comment Letters #5 | | AR 021648 – AR 021655 |
| • Public Comment Letters #6 | | AR 021656 – AR 021659 |
| • Public Comment Letters #7 | | AR 021660 – AR 021683 |
| • Public Comment Letters #8 | | AR 021684 – AR 021704 |
| • Public Comment Letters #9 | | AR 021705 – AR 021737 |
| • Public Comment Letters #10 | | AR 021738 – AR 021755 |
| • Public Comment Letters #11 | | AR 021756 – AR 021944 |
| • Public Comment Letters #12 | | AR 021945 – AR 022330 |
| • Public Comment Letters #13<br>*Including:*<br>*EconAlliance dated 09/20/21 (AR 022331)*<br>*COLAB dated 09/21/21 (AR 022332)*<br>*SB County DSA (AR 022333)*<br>*Buellton Chamber of Commerce dated 09/20/21 (AR 022335)* | | AR 022331 – AR 022336 |

*Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors*
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| *Santa Maria Valley Chamber dated 09/20/21 (AR 022336)* | | |
| • Public Comment Letters #14 | | AR 022337 – AR 022489 |
| • Public Comment Letters #15 | | AR 022490 – AR 022495 |
| • Public Comment Letters #16 | | AR 022496 – AR 022561 |
| • Public Comment Letters #17 | | AR 022562 – AR 022689 |
| • Public Comment Letters #18 | | AR 022690 – AR 022743 |
| • Public Comment Letters #19 *Including:* *Santa Barbara South Coast Chamber of Commerce dated 09/20/21 (AR 022744)* *Santa Barbara County Taxpayers Assn. (AR 022745)* *City of Santa Maria Mayor Pro Tem dated 09/23/21 (AR 022746-AR 022748)* *ECHO Group: Band of Brothers (AR 022749)* | | AR 022744 – AR 022755 |
| • Public Comment Letters #20 *Including:* *Law Office of Mark Chytilo for GCC dated 09/24/21 (AR 022756-AR 022757)* *The Goodland Coalition dated 09/24/21 (AR 022794-AR 022796)* *Santa Barbara Businesses dated 09/24/21 (AR 022805-AR 022806)* *EDC, et al. dated 09/24/21 (AR 022807-AR 022810)* *WE Watch dated 09/23/21 (AR 022811)* *Santa Barbara Women's Political* | | AR 022756 – AR 022948 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| *Committee dated 09/22/21 (AR 022839)* *Hollister Ranch dated 09/21/21 (AR 022848)* *Sierra Club Los Padres Chapter dated 09/21/21 (AR 022860-AR 022948)* | | |
| • Public Comment Letters #21 | | AR 022949 – AR 022955 |
| • Public Comment Letters #22 | | AR 022956 – AR 022967 |
| • Public Comment Letters #23 | | AR 022968 – AR 023264 |
| • Public Comment Letters #24 *Including:* *Environmental Center of San Luis Obispo (AR 023373)* *Coastal Ranches Conservancy dated 09/24/21 (AR 023378-AR 023379)* *Citizens Planning Assn. dated 09/27/21 (AR 023380-AR 023381)* *Patagonia dated 09/27/21 (AR 023386-AR 023387)* | | AR 023265 – AR 023387 |
| • Public Comment Letters #25 *Including:* *Cuyama Joint Unified School District dated 09/27/21 (AR 023388-AR 023392)* *WE Watch dated 09/23/21 (AR 023393-AR 023394)* *Cuyama Valley Family Resource Center (AR 023398-AR 023406)* *CBD dated 09/27/21 with referenced documents (AR 023407-AR 025227)* *Wishtoyo (AR 025228-AR 025243)* | | AR 023388 – AR 025243 |
| • Public Comment Letters #26 *EDC with Attachments A-H* | 09/27/21 | AR 025244 – AR 025684 |

11

**Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors**
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| | | |
| • Public Comment Letters #27 | | AR 025685 – AR 025794 |
| • Public Comment Letters #28<br>*Adams Broadwell Joseph & Cardozo on behalf of Safe Fuel and Energy Resources California, et al. ("SAFER CA") with Exhibit 1* | 09/27/2021 | AR 025795 – AR 025874 |
| • Public Comment Letters #29 | | AR 025875 – AR 025920 |
| • Public Comment Letters #30 | | AR 025921 – AR 025946 |
| • Public Comment Letters #31 | | AR 025947 – AR 024950 |
| • Public Comment Letters #32 | | AR 025951 – AR 025962 |
| • Public Comment Letters #33 | | AR 024963 – AR 026027 |
| • Public Comment Letters #34<br>*Including:*<br>*City of Santa Barbara dated 09/27/21 (AR 026028-AR 026031)*<br>*Los Padres ForestWatch dated 09/28/21 (AR 026032-AR 026035)*<br>*City of Goleta dated 09/28/21 (AR 026036-AR 026040)* | | AR 026028 – AR 026061 |
| • Public Comment Letters #35 | | AR 026062 – AR 026063 |
| • Public Comment Letters #36 | | AR 026064 – AR 026068 |
| • Public Comment Letters #37 | | AR 026069 – AR 026072 |
| • Public Comment Letters #38 | | AR 026073 – |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| | | AR 026084 |
| • CBD Excel Spreadsheet | | AR 026085 – AR 026175 |
| Public Comment Letters re: Planning Commission Hearing of November 3, 2021 (referenced in P&D Agenda Letter (Revised) to Board of Supervisors re Set Hearing to Consider the Planning Commission Recommendation for Denial of the ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart Project at Attachment E providing URL link): | Various | |
| • Public Comment Letters *Including: Caltrans dated 10/15/21 (AR 026177-AR 026178) CBD dated 10/13/21 (AR 026179-AR 026223)* | | AR 026176 – AR 026223 |
| • Public Comment Letters #2 | | AR 026224 – AR 026225 |
| • Public Comment Letters #3 *Including: CBD dated 11/01/21 (AR 026235-AR 026241) EDC dated 11/01/21 with Attachments A & B (AR 026242-AR 026262)* | | AR 026226 – AR 026262 |
| • Public Comment Letters #4 | | AR 026263 – AR 026287 |
| • Public Comment Letters #5 | | AR 026288 – AR 026294 |
| • Public Comment Letters #6 | | AR 026295 - AR 026296 |
| • Applicant/Bryan S. Anderson Letter | 11/01/2021 | AR 026297 – |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| with Attachment A | | AR 026304 |
| Santa Barbara County Board of Supervisors Notice of Public Hearing on March 8, 2022, Mailing Labels, and Proof of Publication | 02/15/2022 | AR 026305 – AR 026322 |
| Transcript of Planning Commission Meeting of November 3, 2021, Standard Agenda Item No. 4: ExxonMobil Interim Trucking for SYU Phased Restart Project | 11/03/2021 | AR 026323 – AR 026366 |
| Marked Agenda for Planning Commission Hearing of November 3, 2021 reflecting action taken on Standard Agenda Item No. 4: ExxonMobil Interim Trucking for SYU Phased Restart Project (at page 3) | 11/03/2021 | AR 026367 – AR 026370 |
| Video of Planning Commission Meeting of November 3, 2021, Standard Agenda Item No. 4: ExxonMobil Interim Trucking for SYU Phased Restart Project | 11/03/2021 | AR 026371 |
| P&D Staff Power Point Presentation to Planning Commission at Hearing of November 3, 2021 entitled "ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart" | 11/03/2021 | AR 026372 – AR 026377 |
| Agenda for Planning Commission Hearing of November 3, 2021, Standard Agenda Item No. 4: ExxonMobil Interim Trucking for SYU Phased Restart Project (at page 4) | 11/03/2021 | AR 026378 – AR 026381 |
| Planning Commission Action Letter to Exxon Mobil Production Company re: ExxonMobil Interim Trucking for SYU Phased Restart Project; 17RVP-00000-00081 - Planning Commission Hearing of September 29, 2021 | 10/04/2021 | AR 026382 – AR 026383 |
| Marked Agenda for Planning Commission Hearing of September 29, 2021 [Standard Agenda Item No. 1: ExxonMobil Interim Trucking for SYU Phased Restart Project (at | 09/29/2021 | AR 026384 – AR 026386 |

14

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| pages 2-3)] | | |
| Video of Planning Commission Hearing of September 29, 2021, Standard Agenda Item No. 1: ExxonMobil Interim Trucking for SYU Phased Restart Project | 09/29/2021 | AR 026387 |
| Transcript of Planning Commission Hearing of September 29, 2021, Standard Agenda Item No. 1: ExxonMobil Interim Trucking for SYU Phased Restart Project | | AR 026388 – AR 026591 |
| P&D Staff Power Point Presentation to Planning Commission at Hearing of September 29, 2021 entitled "ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart" | 09/29/2021 | AR 026592 – AR 026623 |
| Applicant/Sherry Scott Power Point Presentation to Planning Commission at Hearing of September 29, 2021 entitled "SYU Interim Trucking Application" | 09/29/2021 | AR 026624 – AR 026628 |
| Applicant/Scott Schell Presentation to Planning Commission at Hearing of September 29, 2021 | 09/29/2021 | AR 026629 – AR 026631 |
| Crash Map Presented to Planning Commission at Hearing of September 29, 2021 | 09/29/2021 | AR 026632 |
| Revised Agenda for Planning Commission Hearing of September 29, 2021 [Standard Agenda Item No. 1: ExxonMobil Interim Trucking for SYU Phased Restart Project (at pages 3-4)] | 09/29/2021 | AR 026633 – AR 026636 |
| Agenda for Planning Commission Hearing of September 9, 2020 (Hearing Cancelled) | 09/09/2020 | AR 026637 |
| Agenda for Planning Commission Hearing of September 2, 2020 (Hearing Cancelled) | 09/02/2020 | AR 026638 |
| John Zorovich (P&D) Memorandum to Planning Commission re: Request to Drop the | 08/21/2020 | AR 026639 |

15

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| ExxonMobil Interim Trucking Project from September 2nd and 9th Planning Commission Hearings | | |
| Planning Commission Staff Report for ExxonMobil Interim Trucking for Santa Ynez Unit Phased Restart for Hearing Date: September 2, 2020 with:<br>*Attachment A – Findings for Approval*<br>*Attachment B – Conditions of Approval*<br>*Attachment C – Proposed Final SEIR (Link)*<br>*Attachment D – Final SEIR Revision Letter No. 1*<br>*Attachment E – SYU Project EIR No. 83-EIR-22 (Link for 1984 EIR and 1986 SEIR for the SYU Project)*<br>*Attachment F - Exhibits* | 07/22/2020 | AR 026640 – AR 026836 |
| Proposed Final Supplemental Environmental Impact Report for ExxonMobil Interim Trucking for Santa Ynez Unit (SYU) Phased Restart Project, dated July 2020, Volumes I, II, & III | 07/2020 | AR 026837 – AR 029884 |
| Exxon Mobil Corporation Final Application for Permit<br>*A.1-Interim Trucking Description REVISED*<br>*A.2-Justification*<br>*B-Maps, Engineering, Technical*<br>*C-Environmental Documentation*<br>*C.1-Air Quality Analysis REV 2b - Jan*<br>*C.1.1-SYU IT Emission Calcs – Jan 2018*<br>*C.2-Quantitative Risk Analysis REVISED_1-15-18*<br>*C.3-Industrial Risk Analysis REVISED  1-* | 02/2018 | AR 029885 – AR 030249 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| *15-18*<br>    *C.4-Interim Trucking COTRMPP*<br>*REVISED*<br>    *C.5-Traffic Study 01-19-2018 RV 1* | | |
| ExxonMobil Production Company Letter to P&D Re: Determination of Application Incompleteness-ExxonMobil Interim Trucking for SYU Phased Restart enclosing revised documents:<br>    *C.1 Air Quality Analysis*<br>    *C.2 Interim Trucking Quantitative Risk Analysis (QRA)*<br>    *C.3 Industrial Risk Analysis (IRA)*<br>    *C.5 Traffic Study* | 01/23/2018 | AR 030250 – AR 030442 |
| ExxonMobil Production Company Letter to P&D Re: Determination of Application Incompleteness-ExxonMobil Interim Trucking for SYU Phased Restart enclosing:<br>    *C.5 Traffic Study*<br>    *C.2 Interim Trucking Quantitative Risk Analysis (QRA) (Revised)*<br>    *C.1 Air Quality Analysis (Revised)*<br>    *Safety Program Benefits Reference Document*<br>    *Thermal Radiation Reference Document*<br>    *C.3 Industrial Risk Analysis (Revised)*<br>    *C.4 Crude Oil Transportation Risk Management and Prevention Program (Revised)*<br>    *A.3 Interim Trucking Description (Revised)* | 12/15/2017 | AR 030443 – AR 030667 |
| ExxonMobil Production Company Letter to P&D Re: Permit Application for ExxonMobil Santa Ynez Unit (SYU) interim trucking from the Las Flores Canyon facility enclosing: | 09/22/2017 | AR 030668 – AR 030840 |

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
| *Attachment A-General Application Materials* | | |
| *A.1 Permit Application* | | |
| *A.2 Agreement for Payment of Processing Fees* | | |
| *A.3 Interim Trucking Description* | | |
| *A.4 Interim Trucking Justification* | | |
| *Attachment B-Mapping, Engineering, & Technical Documentation* | | |
| *B.1 Vicinity Map* | | |
| *B.2 Parcel Maps* | | |
| *B.3 Site Plan* | | |
| *B.4 Site Photographs* | | |
| *B.5 Interim Trucking Route Maps* | | |
| *- Overview of the Routes* | | |
| *-P66 Santa Maria Pump Station Route Detail* | | |
| *-PAAPL Pentland Pump Station Route Detail* | | |
| *-LFC Highway On- and Off-ramp Detail-Main Route (Refugio Rd.)* | | |
| *-LFC Highway On- and Off-ramp Detail-Alternative Route (El Capitan State Beach Rd.)* | | |
| *B.6 Interim Truck Unloading Facilities Information* | | |
| *Attachment C-Environmental Documentation* | | |
| *C.1 Air Quality Analysis* | | |
| *C.2 Interim Trucking Quantitative Risk Analysis (QRA)* | | |
| *C.3 LFC Loading Risk Analysis* | | |
| *C.4 Crude Oil Transportation Risk Management & Prevention Program* | | |

18

***Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors***
U.S. District Court Case No. 2:22-cv-03225 DMG (MRWx)

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| DOCUMENT | DATE | BATES NO. |
|---|---|---|
|  |  |  |
| Conditions of Approval ExxonMobil Santa Ynez Unit Expansion Project 87-DP-32cz (Modified on July 25, 2001 with 87-DP-032cz (RV05) Synergy Project) (Modified on February 19, 2003 with 87-DP-032cz (RV06) Offshore Power Cable Repair & Enhancement Project) |  | AR 030841 – AR 030922 |