RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondent and Defendant
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent and Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION,<br><br>Intervenors. | Case No.: 2:22-cv-03225 DMG (MRWx)<br><br>**JOINT STIPULATION TO EXCUSE PARTIES FILING PHASE I CROSS-MOTIONS FOR SUMMARY JUDGMENT FROM REQUIREMENT TO LODGE A PROPOSED "STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW" UNDER LOCAL RULE 56-1 AND TO FILE A "STATEMENT OF GENUINE DISPUTES" UNDER LOCAL RULE 56-2**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse<br><br>Hearing Date: June 16, 2023<br>Time: 2:00 p.m. |

///

///

///

1.

**JOINT STIPULATION TO EXCUSE PARTIES FILING PHASE I CROSS-MSJ FROM LOCAL RULES 56-1 AND 56-2**

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioner and Plaintiff Exxon Mobil Corporation, Respondent and Defendant Santa Barbara County Board of Supervisors, and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation (the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on September 20, 2022, the Court bifurcated this matter into two phases, as proposed by the Parties;

WHEREAS during Phase I, the Parties are expected to file cross-motions for summary judgment addressing Petitioner and Plaintiff Exxon Mobil Corporation's first cause of action for Petition for Writ of Administrative Mandate pursuant to California Code of Civil Procedure section 1094.5;

WHEREAS Respondent and Defendant Santa Barbara County Board of Supervisors, and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation will file Motions for Summary Judgment on February 13, 2023, and Replies on the Motion for Summary Judgment and Oppositions to Petitioner and Plaintiff Exxon Mobil Corporation's Cross-Motion for Summary Judgment on May 1, 2023;

WHEREAS Petitioner and Plaintiff Exxon Mobil Corporation will file a Cross-Motion for Summary Judgment and an Opposition to Respondent and Defendant and Intervenors' Motions for Summary Judgment on March 30, 2023 and will file a Reply on the Motion for Summary Judgment on May 31, 2023;

WHEREAS in such an action, the Court does not utilize the standard analysis for determining whether a genuine issue of material fact exists;

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

WHEREAS in such an action, the Court's function "is to determine whether or not as a matter of law the evidence in the administrative record permitted [Respondent and Defendant Santa Barbara County Board of Supervisors] to make the decision it did." *Occidental Eng'g Co. v. I.N.S.,* 753 F.2d 766, 769 (9th Cir. 1985);

WHEREAS the administrative record in this matter was filed with the Court on January 13, 2023;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Petitioner and Plaintiff Exxon Mobil Corporation, Respondent and Defendant Santa Barbara County Board of Supervisors, and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation, by and through their respective counsel, as follows: The Parties filing cross-motions for summary judgment during Phase I of this matter addressing Petitioner and Plaintiff Exxon Mobil Corporation's first cause of action – Petition for Writ of Administrative Mandate pursuant to California Code of Civil Procedure section 1094.5 – are excused from lodging a proposed "Statement of Uncontroverted Facts and Conclusions of Law" with their notice of motion for summary judgment pursuant to Local Rule 56-1 and are excused from filing with their opposition papers a separate "Statement of Genuine Disputes" pursuant to Local Rule 56-2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 20, 2023   RACHEL VAN MULLEM
COUNTY COUNSEL

By: /s/ - Mary Pat Barry
　　Mary Pat Barry
　　Senior Deputy County Counsel
Attorneys for Respondent and Defendant,
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

**JOINT STIPULATION TO EXCUSE PARTIES FILING PHASE I CROSS-MSJ
FROM LOCAL RULES 56-1 AND 56-2**

| | | |
|---|---|---|
| 1 | Dated: January 20, 2023 | O'MELVENY & MYERS, LLP |
| 2 | | |
| 3 | | By: /s/ - Justine M. Daniels |
| | | Dawn Sestito |
| 4 | | Justine M. Daniels |
| | | Attorneys for Petitioner and Plaintiff, |
| 5 | | EXXON MOBIL CORPORATION |
| 6 | Dated: January 20, 2023 | ENVIRONMENTAL DEFENSE CENTER |
| 7 | | |
| 8 | | By: /s/ - Linda Krop |
| | | Linda Krop |
| 9 | | Margaret M. Hall |
| | | Attorneys for Intervenors, |
| 10 | | ENVIRONMENTAL DEFENSE CENTER, |
| | | GET OIL OUT!, SANTA BARBARA |
| 11 | | COUNTY ACTION NETWORK, SIERRA |
| | | CLUB, and SURFRIDER FOUNDATION |
| 12 | | |
| 13 | Dated: January 20, 2023 | CENTER FOR BIOLOGICAL DIVERSITY |
| 14 | | |
| 15 | | By: /s/ - Elizabeth Jones |
| | | Julie Teel Simmonds |
| 16 | | Elizabeth Jones |
| | | Attorneys for Intervenors, |
| 17 | | CENTER FOR BIOLOGICAL DIVERSITY |
| | | and WISHTOYO FOUNDATION |

### Attestation re: Signatures of Registered CM/ECF Filers

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this stipulation, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 20, 2023

By: /s/ - Mary Pat Barry
Mary Pat Barry

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

4.

**JOINT STIPULATION TO EXCUSE PARTIES FILING PHASE I CROSS-MSJ FROM LOCAL RULES 56-1 AND 56-2**