UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EXXON MOBIL CORPORATION, | Case No: CV 22-3225-DMG (MRWx) |
|---|---|
| Petitioner and Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO EXCUSE PARTIES FILING PHASE I CROSS-MOTIONS FOR SUMMARY JUDGMENT FROM REQUIREMENT TO LODGE A PROPOSED "STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW" UNDER LOCAL RULE 56-1 AND TO FILE A STATEMENT OF GENUINE DISPUTES UNDER LOCAL RULE 56-2 [31]** |
| v. | |
| SANTA BARBARA COUNTY BOARD OF SUPERVISORS, | |
| Respondent and Defendant, | |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION, | |
| Intervenors. | |

1.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties filing cross-motions for summary judgment during Phase I of this matter addressing Petitioner and Plaintiff Exxon Mobil Corporation's first cause of action – Petition for Writ of Administrative Mandate pursuant to California Code of Civil Procedure section 1094.5 – are excused from lodging a proposed "Statement of Uncontroverted Facts and Conclusions of Law" with their notice of motion for summary judgment pursuant to Local Rule 56-1 and are excused from filing with their opposition papers a separate "Statement of Genuine Disputes" pursuant to Local Rule 56-2.

The Court will decide the cross-motions for summary judgment to be filed during Phase I of this matter based on the evidence in the administrative record. The parties are reminded, however, to provide pinpoint citations to the administrative record when relying on the facts in the record.

**IT IS SO ORDERED.**

DATED: January 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE