# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| EXXON MOBIL CORPORATION<br><br><div align="right">Petitioner(s),</div><br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS<br><div align="right">Respondent(s).</div> | 2:22–cv–03225–DMG–MRW<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __2/13/2023__

Document No.:   __33__

Title of Document:   __Intervenors' Motion for Summary Judgment__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7–3 compliance statement missing.

Local Rule 56–1 Statement of uncontroverted facts lacking

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ February 15, 2023 _         By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**