**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| EXXON MOBIL CORPORATION, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 22-3225-DMG (MRWx) |
| v. | |
| SANTA BARBARA COUNTY BOARD OF SUPERVISORS, | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| February 13, 2023 | 33 and 34 | Motions for Summary Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Pursuant to the Court Order, dated January 23, 2023 [see Doc. # 32], the filings are accepted as filed.

Dated: February 616 2023

By: /s/ Dolly M. Gee
Dolly M. Gee, U.S. District Judge