RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950  /  FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondent and Defendant
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent and Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION,<br><br>Proposed Defendants and Intervenors. | Case No: 2:22-cv-03225 DMG (MRWx)<br><br>RESPONDENT AND DEFENDANT SANTA BARBARA COUNTY BOARD OF SUPERVISORS' STATEMENT OF NON-OPPOSITION TO PETITIONER/PLAINTIFF EXXON MOBIL CORPORATION'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CROSS-MOTION AND OPPOSITION TO RESPONDENT/DEFENDANT AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT [L.R. 7-9]<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse<br><br>Hearing Date: March 3, 2023<br>Time: 9:30 a.m. |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1.

**STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Respondent and Defendant SANTA BARBARA COUNTY BOARD OF SUPERVISORS, pursuant to Local Rule 7-9, hereby states that it will not oppose Petitioner and Plaintiff Exxon Mobil Corporation's Motion for Leave to Exceed Page Limit for Cross-Motion and Opposition to Respondent/Defendant and Intervenors' Motions for Summary Judgment (Doc. # 39).

Dated: March 1, 2023

RACHEL VAN MULLEM
COUNTY COUNSEL

By: /S/ - Mary Pat Barry
Mary Pat Barry
Senior Deputy County Counsel
Attorneys for Respondent and Defendant,
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT