DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>    Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>    Respondent and Defendant.<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>    Intervenors. | Case No. 2:22-cv-03225-DMG (MRWx)<br><br>**NOTICE OF PETITIONER/PLAINTIFF EXXON MOBIL CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO RESPONDENT/DEFENDANT'S AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT ON FIRST CAUSE OF ACTION FOR WRIT OF ADMINISTRATIVE MANDATE**<br><br>**Judge**: Hon. Dolly M. Gee<br>**Hearing**: June 16, 2023<br>**Time**: 2:00 p.m.<br>**Courtroom**: 8C |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 16, 2023, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 8C of the above-entitled court, located in the First Street U.S. Courthouse at 350 W. 1st St., Los Angeles, California, Petitioner/Plaintiff Exxon Mobil Corporation ("ExxonMobil") will and hereby does move the Court for summary judgment as to the first cause of action presented in its Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages (Dkt. No. 1) on the grounds that, as a matter of law, the evidence in the administrative record demonstrates that the Santa Barbara Board of Supervisors (the "Board") abused its discretion in denying ExxonMobil's trucking project.

Summary judgment should be granted for ExxonMobil on its first cause of action for the following reasons:

1. The Board has committed a prejudicial abuse of discretion by disregarding the overwhelming evidence that the project should be approved, regardless of whether the independent judgment standard or the substantial evidence test applies;

2. The Board has abused its discretion by failing to proceed in a manner required by law.

This motion is based upon this Notice of Cross-Motion and Opposition, the concurrently filed Memorandum of Points and Authorities in support of this Cross-Motion and Opposition, and Request to Take Judicial Notice; the Administrative Record filed in this matter (Dkt. Nos. 28, 28-1 to 28-68); all pleadings and papers on file in this action, and upon such matters as may be presented to the Court at or before the time of the hearing on this motion.

## Compliance with Local Rule 7–3

This motion is made following the conference of counsel pursuant to Local Rule 7-3.  The conference took place in advance of the filing of the Joint Report of

1 | Parties Pursuant to FRCP 26(f) and L.R. 26-1 (Dkt. No. 16), in which the parties
2 | proposed bifurcation of this matter to allow the filing of both this cross-motion and
3 | Respondent/Defendant's motion for summary judgment during Phase I of the
4 | litigation.

Dated: March 30, 2023

DAWN SESTITO

By: */s/ Dawn Sestito*
      Dawn Sestito

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation