DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　Petitioner and Plaintiff,<br><br>　v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>　　　　Respondent and Defendant.<br><br>　and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br>　　　　Intervenors. | Case No. 2:22-cv-03225-DMG (MRWx)<br><br>**PETITIONER/PLAINTIFF EXXON MOBIL CORPORATION'S REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO RESPONDENT/DEFENDANT'S AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT ON FIRST CAUSE OF ACTION FOR WRIT OF ADMINISTRATIVE MANDATE**<br><br>**Judge**: Hon. Dolly M. Gee<br>**Hearing**: June 16, 2023<br>**Time**: 2:00 p.m.<br>**Courtroom**: 8C |

|   |   |
|---|---|
| 1 | **REQUEST TO TAKE JUDICIAL NOTICE** |
| 2 | Pursuant to Federal Rule of Evidence 201, Petitioner and Plaintiff Exxon |
| 3 | Mobil Corporation ("ExxonMobil") respectfully requests that the Court take |
| 4 | judicial notice of the documents, which are all matters of public record, listed in |
| 5 | support of ExxonMobil's Cross-Motion for Summary Judgment and Opposition to |
| 6 | Respondent/Defendant's and Intervenors' Motions for Summary Judgment on the |
| 7 | First Cause of Action for Writ of Administrative Mandate. |
| 8 | The Court may take judicial notice of any matter "not subject to reasonable |
| 9 | dispute because it: (1) is generally known within the trial court's jurisdiction; or (2) |
| 10 | can be accurately and readily determined from sources whose accuracy cannot |
| 11 | reasonably be questioned." Fed. R. Evid. 201(b). Further, the court "must take |
| 12 | judicial notice if a party requests it and the court is supplied with the necessary |
| 13 | information." Fed. R. Evid. 201(c)(2). Judicial notice may be taken at any stage of |
| 14 | the proceeding, including by an appellate court during the pendency of an appeal. |
| 15 | Fed. R. Evid. 201(d). |
| 16 | The court may take judicial notice of undisputed matters of public record. |
| 17 | *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *L'Garde, Inc. v.* |
| 18 | *Raytheon Space and Airborne Sys.*, 805 F. Supp. 2d 932, 937–938 (C.D. Cal. 2011) |
| 19 | (finding that "[p]ublic records and government documents available from reliable |
| 20 | sources on the Internet" are considered "not to be subject to reasonable dispute"). |
| 21 | The court may also take judicial notice of municipal ordinances. *See Solid Lands* |
| 22 | *Behav. Health, Inc. v. City of Costa Mesa*, SACV 14-1838 JVS (JCGx), 2015 WL |
| 23 | 13919156, at *1 (C.D. Cal. Sept. 18, 2015). The following documents therefore |
| 24 | may be judicially noticed: |
| 25 | 1. A true and correct copy of the County of Santa Barbara's Coastal Land Use |
| 26 | Plan Section on Oil and Gas Processing Facilities and Policy 6-8 attached |
| 27 | hereto as **Exhibit A**. The Coastal Land Use Plan is a certified public record |
| 28 | that can be accessed on the County of Santa Barbara's official website at: |

1      https://cosantabarbara.app.box.com/s/cx95k0r4hnfo58hg291fi5gzf5rrdurd.

2   2. A true and correct copy of the County of Santa Barbara's Coastal Zoning
3      Ordinance Section 35-154 attached hereto as **Exhibit B**. The Coastal Zoning
4      Ordinance is a certified public record that can be accessed on the County of
5      Santa Barbara's official website at:
6      https://cosantabarbara.app.box.com/s/ca93u38tv092neffw488txbjqh3ucrnv.
7   3. A true and correct copy of the County of Santa Barbara's Land Use and
8      Development Code Section 35.52.060.B attached hereto as **Exhibit C**. The
9      Land Use and Development Code is a certified public record that can be
10     accessed at the County of Santa Barbara's official website at:
11     https://cosantabarbara.app.box.com/s/6hrqg4blorc7zjyh2hklhsl3pv2j2tad.

13  Dated: March 30, 2023                    DAWN SESTITO

15                                           By:  */s/ Dawn Sestito*
16                                                Dawn Sestito

17                                           Attorneys for Petitioner and Plaintiff
                                             Exxon Mobil Corporation