# EXHIBIT A



# Coastal Land Use Plan

Adopted 1982

Republished June 2019



Santa Barbara County Comprehensive Plan

County of Santa Barbara
Planning and Development
123 E. Anapamu Street
Santa Barbara, CA 93101

coastal visual resources is improved. In particular, the impact of storage tanks and pumping equipment on visual resources shall be mitigated by appropriate measures such as siting, depression below grade, and vegetative screening.

**Policy 6-5A:** The County's oil transportation policies shall be periodically reviewed and adjusted, if necessary. The first such review by the Planning Commission and Board of Supervisors shall take place no later than July 31,1986. (Adopted by B/S 6/18/84, Resol. #84-284) The following policy has been added pursuant to the Measure A96 voter approval initiative, passed by the voters of Santa Barbara County on March 26, 1996:

**Policy 6-5B** (Voter Approval): Voter Approval [55]

1) Any legislative approvals (e.g. zoning amendment, General Plan amendment, Local Coastal Plan amendment, Development Plan, or other legislative action) which would authorize or allow the development, construction, installation, or expansion of any onshore support facility for offshore oil and gas activity on the South of the County of Santa Barbara (from Point Arguello to the Ventura County border) shall not be final unless such authorization is approved, in the affirmative, by a majority of the votes cast by the voters of the County of Santa Barbara in a regular election. For the purpose of this measure, the term "onshore support facility" means any land use, installation, or activity proposed to effectuate or support the exploration, development, production, storage, processing, or other activities related to offshore energy resources.

2) The voter approval requirement set forth in Section 1 above shall not apply to onshore pipeline projects or to onshore support facilities that are located entirely within the existing approved consolidated oil and gas processing site at Las Flores Canyon (designated as of June 13, 1995 as APN 81-220-14, 81-230-19) or the former, but no longer existing or approved, consolidated oil and gas processing site at Gaviota (designated as of June 13, 1995 as APN 81-130-07, 81-130-52, 81-130-53).[56]

3) The terms, policies, and zoning amendments set forth herein shall expire at the end of twenty-five (25) years after the effective date of this ordinance unless extended by the Board of Supervisors or by another vote of the electorate.

Policy 6-5C: Exploration or production of offshore oil and gas reservoirs (including reservoirs which traverse the mean high tide line) from onshore sites shall be restricted to locations within the Las Flores Canyon Consolidated Oil and Gas Planning Site which comprises the parcels identified in Policy 6-5B.2 above.  Such exploration and production is compatible with AG-II and MC-R designated land uses within this Consolidated Oil and Gas Processing Site. [57]

**Oil and Gas Processing Facilities** [58]

Currently, there are no oil and gas processing facilities located in the unincorporated area of the County's Coastal Zone.  For planning purposes, the coastal strip between the City of Santa Barbara on the east and Point Arguello on the west, bounded by the ridge of the Santa Ynez Mountain Range to the north and the seaward boundary of the California Tidelands on the south has been designated as the South Coast

Consolidation Planning Area (SCCPA). Another parallel strip of land which follows to the east and has experienced much oil and gas development in the past has been designated as the Carpinteria Valley Consolidation Planning Area (CVCPA). Lastly, a larger area that runs north from the South Coast Consolidation Planning Area has been designated as the North County Consolidation Planning Area (NCCPA). Such designations allow the County to focus policies on reducing the proliferation of oil and gas processing facilities in the area, according to the particular characteristics of each area.[59]

The County currently has eight oil and gas processing facilities located in the coastal zone, two of which are not in operation (Shell Western--Molino and Texaco--Gaviota). The remaining six facilities process oil only, gas only, or both oil and gas from offshore fields (Unocal--Government Point, ARCO--Gaviota, Chevron--Gaviota, Phillips--Tajiguas, ARCO Dos Pueblos, and ARCO Ellwood). Other processing facilities that support offshore oil and gas development are located outside the Coastal Zone; they include Exxon's oil and gas processing facility in Las Flores Canyon, POPCO's gas processing facility in Las Flores Canyon, Unocal's oil processing facility north of Lompoc, and Unocall's Battles gas plant near Santa Maria. Although somewhat lower than previously anticipated, production forecasts in 1990 continue to indicate that offshore oil and gas production will increase considerably above historic levels, possibly peaking during the mid-1990s and perhaps again sometime after year 2000.

The associated demand to develop onshore processing, storing, and transporting facilities requires a special planning focus to address long-term, land-use, public safety, and environmental management concerns. The coastal zone area west of the City of Santa Barbara to Point Arguello is expected to be most affected by increased oil and gas production offshore. Consequently, this area plus a parallel strip of land outside of the coastal zone, has been designated as the South Coast Consolidation Planning Area (SCCPA). Another parallel strip of land which follows to the east and has experienced much oil and gas development in the past has been designated as the Carpinteria Valley Consolidation Planning Area (CVCPA). Lastly, a larger area that runs north from the South Coast Consolidation Planning Area has been designated as the North County Consolidation Planning Area (NCCPA). Such designations allow the County to focus policies on reducing the proliferation of oil and gas processing facilities in the area, according to the particular characteristics of each area.

==Oil transportation is one of the key issues associated with oil development in Santa Barbara County.== Pipelines have been found to be environmentally superior to tankers. Tanker transportation presents greater impacts to marine, visual, recreation and air resources than do pipelines. General pipeline "feasibility" will be determined through the market based on producer choice of refining center, refining capacity in that center, and economic feasibility being tested through ability to obtain financing and the choice to build and operate the pipeline. Once constructed and operational to the refining center of a producer's choice (e.g. Houston, San Francisco, Los Angeles), pipelines shall be the required mode of transportation because they are less environmentally damaging than other modes of transportation. This requirement is based on the assumption that, when operational, pipelines serving various refining centers will have adequate capacity and that the tariffs and costs of transporting the oil to its ultimate refining destination will

be reasonable. This "reasonableness" will be based on the balancing of public and private interests in economic and environmental factors. (Adopted by B/S 6/18/84, Reso 1. #84-284). [60]

The County should assure that producers have access to competitive markets, however, the County need not provide unlimited flexibility to all producers. Since pipelines are not yet in place and may not be constructed to all refining centers, other methods of oil transportation are needed for production that precedes pipeline construction and operation and for refining centers not served by pipeline. (Adopted by B/S 6/18/84, Resol. #84-284).

The County recognizes the potential for transportation demand to exceed system capacity and should take affirmative measures to ensure equitable, pro-rata access to the transportation system by all shippers consistent with the County's goals of consolidation. (Adopted by B/S 6/18/84, Resol. #84-284).

Because of uncertainty regarding crude oil production volumes, industry economics, and permits, there is a need for periodic review of the County's oil transportation policies. (Adopted by B/S 6/18/84, Resol. #84-284).

**Where**

For areas inside the South Coast Consolidation Planning Area (as defined in Policy 6-6B below) the County has designated Las Flores Canyon as the consolidated oil and gas processing site to minimize the industrialization of the South Coast. [61] [62] In accordance with existing County procedures and regulations, processing facilities required for production from onshore oil wells are permitted in Agriculture II as well as on sites designated as Coastal Dependent Industry, and are conditionally permitted uses in several other land use classifications (refer to Table 3-1).

Policy 6-6A applies to oil and gas processing facilities and sites that serve offshore producers.

Policy 6-6B applies to all oil and gas processing facilities located outside the South Coast Consolidation Planning Area. Policies 6-6C through 6-6G, which comprise the County's South Coast Consolidation Policies, apply to oil and gas facilities located within the South Coast Consolidation Planning Area (SCCPA).

**Policies** [63]

**Policy 6-6A**: If upper throughput limits exist in any new oil transportation system, the County shall, to the maximum extent feasible and legally permissible, assure equitable, pro-rata access for all shippers. Permits for oil transportation systems shall require the permittee to achieve County's goals for consolidation. County shall retain continuing permit jurisdiction to assure that these goals are met. For the purposes of this plan, "shipper" shall refer to the entity in legal ownership of the oil to be transported. (Added 7/88).

**Policy 6-6B**: Except for facilities not-directly related to oil and gas processing as referenced in Policy 6-11B (Marine Terminals), this policy applies to areas of the coastal zone that are outside the South Coast Consolidation Planning Area (SCCPA). The SCCPA is the unincorporated area from Point Arguello to the western boundary of the

The County shall periodically review the South Coast Consolidation policies in view of new or updated information such as: revised production forecasts, revised air quality data, advancements in technology for reduction of air emissions, and results of impact monitoring programs. The results of the policy review shall be presented in a duly-noticed public hearing, and appropriate revisions in the policies shall be pursued as deemed necessary by the County.

**Policy 6-7**: The sections of the Petroleum Ordinance, Ordinance No. 661, and "Statement of Policy Relative to the Location of On-shore Facilities" (Statement) that address oil and gas processing facilities are hereby incorporated by reference in the land use plan. The Statement does not apply, however, to the South Coast Consolidation Planning Area, which is defined in Policy 6-6B. (Revised 12/14/76, S/S Resol #87-616)

**Policy 6-8**: If an onshore pipeline for transporting crude oil to refineries is determined to be technically and economically feasible, proposals for expansion, modification, or construction of new oil and gas processing facilities shall be conditioned to require transportation of oil through the pipeline when constructed, unless such condition would not be feasible for a particular shipper. (Revised 6/18/84, B/S Resol #84-284; 11/19/91, B/S Resol#91-670).

a. Pipeline transportation of crude oil to a refining center served by a pipeline is presumed to be technically and economically feasible and the required method of transportation to that center. (Revised 6/18/84, B/S Resol #84-284).

b. Pipeline transportation of crude oil is presumed feasible for a particular shipper if a pipeline is in operation to the refining center of the shipper's choice. (Revised 6/18/84, S/S Resol #84-284).

c. Crude oil processing facilities shall be conditioned to require that each shipper's oil leaving those facilities be transported by pipeline when a pipeline is in operation to the refining center of the shipper's choice. (Revised 6/18/84, S/S Resol #84-284).

d. Until pipelines become available, and for refining centers not served by pipeline, other modes of oil transportation are allowed consistent with County policies. Rail is not preferred for large volume shipments of oil. (Revised 6/18/84, B/S Resol #84-284).

e. For refining centers served by pipeline, other modes of transportation up to the limits of permitted capacity for those modes, and with assurances that the shipper or transportation facility operator can and will mitigate the environmental impacts caused by the alternate transportation mode, are allowed only under the following circumstances:

1) Pipeline unavailability or inadequate capacity; or

2) A refinery upset lasting no longer than two (2) months and only where the alternate refining center is not served by pipeline; or

3) An emergency which may include a national state of emergency. (Revised 6/18/84, B/S Resol #84-284).