**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　　Petitioner and Plaintiff,<br><br>　　v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>　　　　　Respondent and Defendant.<br><br>　　and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br>　　　　　Intervenors. | Case No. CV 22-3225-DMG (MRWx)<br><br>**ORDER ON *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT, CURRENTLY SCHEDULED FOR JUNE 16, 2023, BY NINETY (90) DAYS TO SEPTEMBER 15, 2023 [49]** |

The Court has considered ExxonMobil's *Ex Parte* Application to Continue Hearing on Motions for Summary Judgment, Currently Scheduled for June 16, 2023, by Ninety (90) Days to September 15, 2023.  [Doc. # 49.]  Respondent and Defendant Santa Barbara County Board of Supervisors does not oppose, although Intervenors filed an Opposition.  [Doc. # 50.]

ExxonMobil represents that it has "recently" become aware of an opportunity that might allow it to truck its oil using a different route that would moot its claims in this case, and seeks an additional 90 days to determine whether that route would be viable.  Intervenors oppose, on the basis that ExxonMobil has failed to show the existence of an emergency that warrants *ex parte* relief.

Although ExxonMobil should have provided additional factual detail regarding the nature of its "recent" discovery, Intervenors do not suggest any harm that might befall them from a continuance.  The Court concludes that, given the Board's non-opposition and ExxonMobil's representation that the pending motions may become moot, there is good cause to continue the hearing.  Accordingly, ExxonMobil's *Ex Parte* Application is **GRANTED.**  The hearing date on Respondent and Defendant Santa Barbara County Board of Supervisors' Partial Motion for Summary Judgment [Doc. # 34], Intervenors' Motion for Summary Judgment [Doc. # 33], and Petitioner and Plaintiff Exxon Mobil Corporation's Cross-Motion for Summary Judgment [Doc. # 44], currently scheduled for June 16, 2023, is hereby continued to **September 15, 2023 at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED:  June 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE