UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 22-3225-DMG (MRWx) | Date | September 22, 2023 |
|---|---|---|---|
| Title | *Exxon Mobil Corporation v. Santa Barbara County Board of Supervisors* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Dawn Sestito | Mary P. Barry |
| Justine M. Daniels | Linda Krop - Intervenor |
| | Elizabeth A. Jones - Intervenor |

**Proceedings:** INTERVENORS ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION'S MOTION FOR SUMMARY JUDGMENT [33]

RESPONDENT AND DEFENDANT SANTA BARBARA COUNTY BOARD OF SUPERVISORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PETITIONER/PLAINTIFF'S FIRST CAUSE OF ACTION – PETITION FOR WRIT OF ADMINISTRATIVE MANDATE [34]

PETITIONER/PLAINTIFF EXXON MOBIL CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO RESPONDENT/DEFENDANT'S AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT ON FIRST CAUSE OF ACTION FOR WRIT OF ADMINISTRATIVE MANDATE [44]

  The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motions shall be taken under submission and a written order will issue.

0:38