DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND PC
456 Montgomery St., Ste. 1800
San Francisco, CA 94104
Telephone: Telephone: +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>        Petitioner and Plaintiff,<br><br>  v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>        Respondent and Defendant.<br><br>  and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, AND WISHTOYO FOUNDATION,<br><br>        Intervenors. | Case No. 2:22-cv-03225-DMG-MRW<br><br>**JOINT STATUS REPORT OF PARTIES REGARDING PHASE II OF LITIGATION PURSUANT TO FRCP 26(f) AND L.R. 26-1**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

      Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Rule 26-1 of the Local Rules of the Central District of California, and the Court's Scheduling Conference order, filed June 27, 2022 (Dkt. No. 13), Petitioner and Plaintiff Exxon Mobil Corporation ("ExxonMobil"), Respondent and Defendant Santa Barbara County Board of Supervisors (the "Board"), and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation (collectively "Intervenors") submit the following joint status report regarding Phase II of this litigation.

## I.    SYNOPSIS OF PRINCIPAL ISSUES FOR PHASE II

      ExxonMobil is the owner and operator of the Santa Ynez Unit ("SYU") which consists of three offshore platforms—Hondo, Heritage, and Harmony (the "Platforms") located on submerged lands leased from the United States in federal waters off the coast of the County of Santa Barbara (the "County")—and an onshore processing center ("LFC") located in Las Flores Canyon, near Goleta.  In May 2015, one of two third-party pipelines used to transport crude oil processed at SYU ruptured.  The then-owner and operator of the pipelines subsequently shut down both pipelines.  In September 2017, ExxonMobil filed a permit application with the County seeking authorization to temporarily truck SYU's crude oil from LFC through the County for up to seven years, or until a pipeline became available, whichever was shorter (the "Trucking Project").  In March 2022, the Board denied the permit for the Trucking Project, leaving ExxonMobil without any alternative for transporting oil collected from SYU until an approved pipeline becomes available.

      ExxonMobil filed this action on May 11, 2022.  Pursuant to the request of the parties, this matter was bifurcated.  The first part of this case dealt with ExxonMobil's petition for a writ of administrative mandate brought pursuant to California Code of Civil Procedure section 1094.5 in connection with the denial of the Trucking Project.  *See* Dkt. Nos. 16, 21.  The parties brought cross-motions for

summary judgment and a hearing was held on September 15, 2023.  The Court granted summary judgment in favor of the Board and Intervenors on September 27, 2023.  *See* Dkt. No. 54.  The next part of this action will address ExxonMobil's remaining claims for declaratory relief and damages related to the Trucking Project ("Phase II").

**II.     PROPOSED SCHEDULE FOR PHASE II**

The Board and Intervenors contend that ExxonMobil's remaining claims—(1) violation of the Commerce Clause of the United States Constitution and the California Constitution, (2) illegal exercise of police power, and (3) takings in violation of the Fifth Amendment to the United States Constitution and Article I, section 19 of the California Constitution—may be subject to dismissal upon Motions for Judgment on the Pleadings.  ExxonMobil maintains that the complaint is well pled and meritorious, but will assess whether any amendment to the pleadings or other action is warranted after participating in a Local Rule 7-3 Conference.  All parties agree that any Motions for Judgment on the Pleadings should be resolved before the exchange of initial disclosures and discovery proceeds.  ExxonMobil also believes that appropriate next steps in this case and the timing thereof may be affected by other recent Board actions related to the pipelines; the Board and Intervenors disagree.

Accordingly, the parties propose that any Motions for Judgment on the Pleadings be heard pursuant to the following schedule, barring any subsequent motion or stipulation to adjust this schedule:

- Dec. 15, 2023- on or before this date, the parties will meet and confer to thoroughly discuss contemplated Motions for Judgment on the Pleadings pursuant to Local Rule 7-3.
- Jan. 26, 2024- Motions for Judgment on the Pleadings due.
- Feb. 16, 2024- Opposition due.
- Mar.1, 2024- Replies due.
- Mar. 22, 2024- Hearing on Motions for Judgment on the Pleading to

- 3 -

be held on this date or as soon thereafter as the Court can hear them.

Once the Motions for Judgment on the Pleadings are resolved, the parties will submit a supplemental Rule 26(f) Report if necessary (including a discovery plan and schedule for the rest of the case).

## III. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

The parties have not engaged in settlement discussions. On May 12, 2022, the Court issued a Notice to Parties of Court-Directed ADR Program. (Doc. No. 7.) Pursuant to Local Rule 16-15.4, the parties agree to participate in private dispute resolution proceedings (ADR Procedure No. 3). The parties propose submitting dates for dispute resolution proceedings in any supplemental Rule 26(f) report that would be filed after the resolution of the Motions for Judgment on the Pleadings.

## IV. OTHER ITEMS

### A. Pleading Amendments

ExxonMobil will assess whether to amend the pleadings or take other action after participating in the Local Rule 7-3 conference on the Board and Intervenors' anticipated Motions for Judgment on the Pleadings.

### B. Additional Parties

The parties do not anticipate adding other parties to this action.

### C. Counsel

Lead counsel for ExxonMobil in this matter is Dawn Sestito. Additional counsel may include Justine M. Daniels, James Auslander, and Jacob P. Duginski.

Lead counsel for the Board in this matter is Mary Pat Barry.

Lead counsel for Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation is Linda Krop. Additional counsel may include Margaret Hall.

Lead counsel for Intervenors Center for Biological Diversity and Wishtoyo Foundation is Julie Teel Simmonds. Additional counsel may include Elizabeth

Jones.

### D. <u>Whether Magistrate Judge Will Preside</u>

The Board does not consent to have a mutually agreeable Magistrate Judge from the Court's Voluntary Consent List preside over this action for all purposes.

Dated: October 27, 2023　　　　O'MELVENY & MYERS, LLP

By:　/s/ *Dawn Sestito*
Dawn Sestito
Justine M. Daniels
Attorneys of Record for Petitioner and Plaintiff
Exxon Mobil Corporation

Dated: October 27, 2023　　　　RACHEL VAN MULLEM
COUNTY COUNSEL

By:　/s/ *Mary Pat Barry*
Mary Pat Barry
Sr. Deputy County Counsel
Attorneys of Record for Respondent and Defendant Santa Barbara County Board of Supervisors

Dated: October 27, 2023　　　　ENVIRONMENTAL DEFENSE CENTER

By: /s/ *Margaret M. Hall*
Linda Krop
Margaret M. Hall
Attorneys for Intervenors,
ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, and SURFRIDER FOUNDATION

Dated: October 27, 2023　　　　CENTER FOR BIOLOGICAL DIVERSITY

By: /s/ *Julie Teel Simmonds*
Julie Teel Simmonds
Elizabeth Jones
Attorneys for Intervenors,
CENTER FOR BIOLOGICAL DIVERSITY and WISHTOYO FOUNDATION

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, <u>Dawn Sestito</u>, as the filer of this joint report, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 27, 2023

By: <u>/s/ *Dawn Sestito*</u>

- 6 -

JOINT STATUS REPORT RE: PHASE II