DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>       Petitioner and Plaintiff,<br><br>       v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>       Respondent and Defendant,<br><br>       and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>       Intervenors. | Case No. 2:22-cv-03225-DMG (MRWx)<br><br>**DECLARATION OF DAWN SESTITO IN SUPPORT OF JOINT STIPULATION TO SET TIMING FOR AMENDED COMPLAINT**<br><br>**Judge**: Hon. Dolly M. Gee<br>**Courtroom**: 8C |

1    I, DAWN SESTITO, declare as follows:

2        1.    I am an attorney admitted to practice in the courts of the State of

3    California and this District Court.  I am a partner with O'Melveny & Myers LLP,

4    and represent Petitioner and Plaintiff Exxon Mobil Corporation ("ExxonMobil") in

5    the above entitled matter.  I make this declaration in support of the Joint Stipulation

6    to Set Timing for Amended Complaint (the "Stipulation").  Unless otherwise

7    indicated, I have personal knowledge of the facts set forth herein, and if sworn, I

8    could and would competently testify to them.

9        2.    ExxonMobil filed this action on May 11, 2022, bringing claims for

10   *inter alia* declaratory relief and/or damages for (a) takings in violation of the U.S.

11   Constitution and the California Constitution; (b) violations of the Commerce Clause

12   of the U.S. Constitution; (c) violations of the implied commerce clause of the

13   California Constitution; and (d) illegal exercise of police power under the

14   California Constitution (the "Complaint").

15       3.    On October 27, 2023, ExxonMobil, Defendant Santa Barbara County

16   Board of Supervisors (the "Board"), and Intervenors Environmental Defense

17   Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider

18   Foundation, Center for Biological Diversity, and Wishtoyo Foundation

19   ("Intervenors," collectively the "Parties") filed the Joint Status Report of Parties

20   Regarding Phase II of Litigation Pursuant to FRCP 26(f) and L.R. 26-1 [Dkt. No.

21   56] (the "Joint Report") setting certain deadlines related to the Board's and

22   Intervenors' contemplated Motions for Judgment on the Pleadings including, *inter*

23   *alia*: (1) December 15, 2023 for the Parties to meet and confer pursuant to Local

24   Rule 7-3; (2) January 26, 2024 for the filing of such motions; and (3) March 22,

25   2024 for a hearing on those motions.

26       4.    Consistent with the Joint Report, the Parties met and conferred on

27   December 15, 2023 to discuss the Motions for Judgment on the Pleadings pursuant

28   to Local Rule 7-3.

5.      Since that time ExxonMobil has engaged in a diligent review of the cases and arguments raised by the Board and Intervenors during the meet and confer.  Based on that review, ExxonMobil has determined that it will amend the complaint and dismiss at least one of the currently pending claims.

6.      Exxon will be prepared to file its First Amended Complaint on or before February 15, 2025.  This deadline will provide ExxonMobil with sufficient time to prepare its amended Complaint.

7.      The Parties have met and conferred, and in light of Exxon's intention to amend its Complaint, the Board and Intervenors have agreed to forego filing their respective Motions for Judgment on the Pleadings on January 26, 2024 and request that the March 22 hearing be removed from the Court's calendar.

8.      The Parties have further agreed meet and confer regarding the schedule for Phase II of the case, including any Motions for Judgment on the Pleadings, and submit a joint status report to the Court on or before March 15, 2024.

9.      No trial date has been set in case and discovery has not commenced. There are no pending deadlines except for those set forth in the Joint Report.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 19th day of January 2024 at Los Angeles, California


                                        */s/ Dawn Sestito*
                                        Dawn Sestito