# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>                Respondent and Defendant,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>                Intervenors. | Case No. CV 22-03225-DMG (MRWx)<br><br>**ORDER RE JOINT STIPULATION TO SET TIMING FOR AMENDED COMPLAINT [60]** |

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. ExxonMobil shall file its First Amended Complaint on or before February 15, 2024.

2. The January 26, 2024 deadline for the Board and Intervenors to file their respective Motions for Judgment on the Pleadings and all related dates, including the March 22, 2024 hearing on the same, are vacated.

3. The Parties shall meet and confer regarding the schedule for Phase II of the case, including any Motions for Judgment on the Pleadings, and submit a joint status report to the Court on or before March 15, 2024.

**IT IS SO ORDERED.**

DATED: January 22, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE