DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:  +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>　　　　Petitioner and Plaintiff,<br><br>　　v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>　　　　Respondent and Defendant,<br><br>　　and<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>　　　　Intervenors. | Case No. 2:22-cv-03225-DMG (MRWx)<br><br>**NOTICE OF INTENT TO DISMISS ACTION**<br><br>**Judge**: Hon. Dolly M. Gee<br>**Courtroom**: 8C |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  Petitioner and Plaintiff Exxon Mobil Corporation ("ExxonMobil") filed this action on May 11, 2022, bringing claims for *inter alia* declaratory relief and/or damages for (a) takings in violation of the U.S. Constitution and the California Constitution; (b) violations of the Commerce Clause of the U.S. Constitution; (c) violations of the implied commerce clause of the California Constitution; and (d) illegal exercise of police power under the California Constitution (the "Complaint"). These claims arose from the Santa Barbara County Board of Supervisors' (the "Board") decision on March 8, 2022 to deny ExxonMobil's permit application for the Interim Trucking for Santa Ynez Unit Phased Restart Project, Case No. 17RVP-00000-00081 (the "Permit Application"). The Permit Application sought authorization to amend the development plan for Exxon Mobil's Santa Ynez Unit ("SYU") to allow ExxonMobil to temporarily truck SYU's crude oil first to the Phillips 66 Santa Maria Pump Station until it closed and then to the Plains Pentland Terminal for up to seven years or until a pipeline became available, whichever is shorter.

On January 19, 2024, ExxonMobil, the Board, and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation ("Intervenors," collectively the "Parties") entered a stipulation, which *inter alia* authorized ExxonMobil to amend the Complaint on or before February 15, 2024 (the "Stipulation") [Dkt. No. 60]. On January 23, 2024, the Court entered an order [Dkt. No. 61] approving the Parties' Stipulation.

On February 14, 2024, ExxonMobil sold SYU to Sable Offshore Corp. In light of this sale, ExxonMobil will not amend the Complaint and, instead, intends to dismiss this action. ExxonMobil requires time to meet and confer with the Board and Intervenors regarding a stipulation to dismiss this action and related issues.

On or before March 15, 2024, ExxonMobil will file a stipulation to dismiss

this action or, to the extent the parties are unable to agree on the terms of dismissal, provide further notice to the Court.

Respectfully submitted,

Dated: February 15, 2024

O'MELVENY & MYERS LLP

By: *Dawn Sestito*
     Dawn Sestito

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation