DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
JAMES M. AUSLANDER (*pro hac vice*)
jauslander@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: +1 415 262 4000

Attorneys for Petitioner and Plaintiff
Exxon Mobil Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY BOARD OF SUPERVISORS,<br><br>Respondent and Defendant,<br><br>ENVIRONMENTAL DEFENSE CENTER, GET OIL OUT!, SANTA BARBARA COUNTY ACTION NETWORK, SIERRA CLUB, SURFRIDER FOUNDATION, CENTER FOR BIOLOGICAL DIVERSITY, and WISHTOYO FOUNDATION,<br><br>Intervenors. | Case No. 2:22-cv-03225-DMG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Courtroom**: 8C<br>**Judge**: Hon. Dolly M. Gee |

TO THIS HONORABLE COURT:

Petitioner and Plaintiff Exxon Mobil Corporation ("ExxonMobil"), Respondent and Defendant Santa Barbara County Board of Supervisors (the "Board"), and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Surfrider Foundation, Center for Biological Diversity, and Wishtoyo Foundation ("Intervenors," collectively the "Parties") by and through their respective counsel, hereby stipulate as follows:

## RECITALS

WHEREAS ExxonMobil filed this action on May 11, 2022, seeking a writ of administrative mandate (the "Petition") and bringing claims for declaratory relief and/or damages for (a) takings in violation of the U.S. Constitution and the California Constitution; (b) violations of the Commerce Clause of the U.S. Constitution; (c) violations of the implied commerce clause of the California Constitution; and (d) illegal exercise of police power under the California Constitution (the "Complaint").

WHEREAS, each of the claims alleged in the Petition and Complaint arose from the Board's March 8, 2022 decision to deny ExxonMobil's permit application for the Interim Trucking for Santa Ynez Unit Phased Restart Project, Case No. 17RVP-00000-00081 (the "Permit Application"). The Permit Application sought authorization to amend the development plan for Exxon Mobil's Santa Ynez Unit ("SYU") to allow ExxonMobil to temporarily truck SYU's crude oil first to the Phillips 66 Santa Maria Pump Station until it closed, then to the Plains Pentland Terminal for up to seven years or until a pipeline became available, whichever is shorter.

WHEREAS on July 28, 2022, the parties agreed to bifurcate the case into two phases, with the first phase focused on the Petition, and the second phase including all remaining causes of action in the Complaint.

WHEREAS on September 27, 2023, the Court denied ExxonMobil's cross-motion for summary judgment on the Petition and granted the Board's and Intervenors' respective motions for summary judgment on the Petition;

WHEREAS on February 14, 2024, ExxonMobil sold SYU to Sable Offshore Corp.;

WHEREAS on February 15, 2024, ExxonMobil notified the Court that it intended to dismiss the remaining claims in the Complaint;

WHEREAS the Parties wish to stipulate to the dismissal with prejudice of the Complaint, which arises from the Board's March 8, 2022 decision on the Permit Application.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. ExxonMobil's claims for declaratory relief and/or damages for (a) takings in violation of the U.S. Constitution and the California Constitution; (b) violations of the Commerce Clause of the U.S. Constitution; (c) violations of the implied commerce clause of the California Constitution; and (d) illegal exercise of police power under the California Constitution, all based upon the Board's March 8, 2022 decision to deny the Permit Application, are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. ExxonMobil shall not appeal this Court's decision on the Petition.

3. Each party shall bear its own costs and fees in connection with the Petition and Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: March 13, 2024					O'MELVENY & MYERS LLP


							By:	*/s/ Dawn Sestito*
								Dawn Sestito

							Attorneys for Petitioner and Plaintiff
							Exxon Mobil Corporation

Dated: March 13, 2024					RACHEL VAN MULLEM
							COUNTY COUNSEL


							By:	*/s/ Mary Pat Barry*
								Mary Pat Barry

							Attorneys for Respondent and Defendant
							Santa Barbara County Board of
							Supervisors

| | |
|---|---|
| Dated: March 13, 2024 | ENVIRONMENTAL DEFENSE CENTER |
| | By: */s/ Linda Krop* <br> Linda Krop <br> Margaret M. Hall |
| | Attorneys for Intervenors, Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Surfrider Foundation |
| Dated: March 13, 2024 | CENTER FOR BIOLOGICAL DIVERSITY |
| | By: */s/ Julie Teel Simmonds* <br> Julie Teel Simmonds <br> Elizabeth Jones |
| | Attorneys for Intervenors, Center for Biological Diversity and Wishtoyo Foundation |

- 4 -

STIPULATION OF VOLUNTARY DISMISSAL
2:22-CV-03225-DMG (MRWX)

**ATTESTATION RE: SIGNATURES OF REGISTERED CM/ECF FILERS**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the undersigned, counsel of record for Petitioner and Plaintiff Exxon Mobil Corporation, as the filer of this stipulation, attests that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 13, 2024

By:  */s/ Dawn Sestito*
      Dawn Sestito

Attorneys for Petitioner and Plaintiff Exxon Mobil Corporation